| TITLE | WRITERS | year registered | renewal date 1st January | |
|---|---|---|---|---|
| **ELVIS PRESLEY MUSIC WORKS continued** | | | | |
| BY AND BY | PRESLEY | 1967 | 1996 | |
| CITY BY NIGHT | BAUM/GIANT/KAYE | 1967 | 1996 | |
| DOUBLE TROUBLE | POMUS/SHUMAN | 1967 | 1996 | |
| FARTHER ALONG | PRESLEY | 1967 | 1996 | |
| HEY, HEY, HEY | BYERS | 1967 | 1996 | |
| I'LL TAKE LOVE | FULLER/BARKAN | 1967 | 1996 | |
| INDESCRIBABLY BLUE | GLENN | 1967 | 1996 | |
| LONG LEGGED GIRL (WITH THE SHORT | MCFARLAND/SCOTT | 1967 | 1996 | |
| RUN ON | PRESLEY | 1967 | 1996 | |
| SING YOU CHILDREN | NELSON/BURCH | 1967 | 1996 | |
| SINGING TREE | SOLBERG/OWENS | 1967 | 1996 | |
| SO HIGH | PRESLEY | 1967 | 1996 | |
| STAND BY ME | PRESLEY | 1967 | 1996 | |
| THE LOVE MACHINE | NELSON/BURCH/TAYLOR | 1967 | 1996 | |
| YOGA IS AS YOGA DOES | NELSON/BURCH | 1967 | 1996 | |
| YOU GOTTA STOP | BAUM/GIANT/KAYE | 1968 | 1997 | |
| GOING HOME | BYERS | 1968 | 1997 | |
| LET YOURSELF GO | BYERS | 1968 | 1997 | |
| LIVE IT UP | LEIBER/STOLLER | 1968 | 1997 | |
| LOVE IS ALL I NEED | ROBERTS/BATCHELOR | 1968 | 1997 | |
| THERE AIN'T NOTHING LIKE A SONG | BYERS/JOHNSTON | 1968 | 1997 | |
| WEARIN' THAT LOVED ON LOOK | OWENS/FRAZIER | 1968 | 1997 | |
| YOUR TIME HASN'T COME YET BABY | KASHA/HIRSCHHORN | 1969 | 1998 | |
| CLEAN UP YOUR OWN BACK YARD | STRANGE/DAVIS | 1969 | 1998 | |
| DO THE VEGA | BAUM/GIANT/KAYE | 1969 | 1998 | |
| EDGE OF REALITY | BAUM/GIANT/KAYE | 1969 | 1998 | |
| ELECTRONIC KARATE | BINDER/HOWE | 1969 | 1998 | |
| POWER OF MY LOVE | BAUM/GIANT/KAYE | 1969 | 1998 | |
| RUBBERNECKIN' | WARREN/JONES | 1969 | 1998 | |
| SHE'S A MACHINE | BYERS | 1969 | 1998 | |
| THE FAIR'S MOVING ON | FLETT/FLETCHER | 1969 | 1998 | |
| THE SCRATCH | BINDER/HOWE | 1969 | 1998 | |
| INHERIT THE WIND | RABBITT | 1970 | 1999 | |
| KENTUCKY RAIN | RABBITT/HEARD | 1970 | 1999 | |
| LET'S FORGET ABOUT THE STARS | OWENS | 1970 | 1999 | |
| PATCH IT UP | BOURKE/RABBITT | 1970 | 1999 | |
| WE CAN MAKE THE MORNING | RAMSEY | 1970 | 1999 | |
| WHERE DID THEY GO LORD | OWENS/FRAZIER | 1971 | 2000 | |
| HOLLY LEAVES AND CHRISTMAS TREES | WEST/SPREEN | 1971 | 2000 | |
| IF I WERE YOU | NELSON | 1971 | 2000 | |
| I'LL BE HOME ON CHRISTMAS DAY | JARRETT | 1971 | 2000 | |
| I'M LEAVING | JARRETT/CHARLES | 1971 | 2000 | |
| IT'S YOUR BABY YOU ROCK IT | MILETE/FOWLER | 1971 | 2000 | |
| LIFE | MILETE | 1971 | 2000 | |
| STRANGER IN THE CROWD | SCOTT | 1971 | 2000 | |
| TAKE YOUR HANDS OFF HER | PRESLEY | 1971 | 2000 | |

| TITLE | WRITERS | year registered | renewal date 1st January | |
|---|---|---|---|---|
| **ELVIS PRESLEY MUSIC WORKS continued** | | | | |
| | | | | |
| THE FIRST NOEL | PRESLEY | 1971 | 2000 | |
| THE SOUND OF YOUR CRY | BAUM/GIANT/KAYE | 1971 | 2000 | |
| WHEN I'M OVER YOU | MILETE | 1971 | 2000 | |
| O COME ALL YE FAITHFUL | PRESLEY | 1971 | 2000 | |
| AMAZING GRACE | PRESLEY | 1972 | 2001 | |
| I WAS BORN ABOUT TEN THOUSAND YEARS | PRESLEY | 1972 | 2001 | |
| IT WON'T SEEM LIKE CHRISTMAS (WITHO | BALTHROP | 1972 | 2001 | |
| SEEING IS BELIEVING | SPREEN/WEST | 1972 | 2001 | |
| WHO ME? | CAMERON/WEGBREIT/WILSON | 1974 | 2003 | |
| I'LL TAKE YOU HOME AGAIN KATHLEEN | WESTENDORF/PRESLEY | 1975 | 2004 | |
| IT'S STILL HERE | HUNTER | 1975 | 2004 | |
| (Client advised that the copyright date for "It's Still Here" was 1973 and renewal date was therefore 2002) | | | | |
| (However, Carlin applied correct rate of 75% as from 1st half 2002 - note this copyright is split 50/50 with Gladys Music) | | | | |
| | | | | |
| | | | | |
| **THIS ENTIRE LIST WAS PROVIDED BY CARLIN** | | | | |

# Exhibit 2

JUL-26-2000  12:58   SOKIN LAW GROUP                    212 3916743   P.01/04

SENT BY:BLI ASSOCIATES        10-05-92 05:44PM            2125992484)          586 8657 # 2

April 9, 1992

Carlin Music Corporation
ATTN: Mr. Freddy Bienstock
Iron Bridge House
3 Bridge Approach
Chalk Farm
London
NW1 8BD

Gentlemen:

The following sets forth our agreement with respect to the administration for the Territory, as defined below, of the Elvis Presley Music and Gladys Music catalogues (the "Catalogues") by Carlin Music Corp.  Unless and until we execute a more formal document, this letter shall constitute our entire agreement and where in conflict shall supersede all prior written agreements.

1.  **Term**:  With respect to each composition in the Catalogues and subject to your fully and faithfully performing all of the terms and conditions of this agreement, but subject to paragraph 12 below, your rights will continue for the full term of copyright protection in the Territory to the extent the undersigned own and can grant rights for such term.

2.  **Territory**:  United Kingdom and Ireland and other P.R.S. territories.

3.  **Rights**:  The exclusive right to grant licenses for mechanical rights, small performing rights, the right to include compositions in commercials, the right to print copies of the compositions and the exclusive right to grant synchronization licenses with respect to films made in the Territory.

4.  **Restrictions on Rights**:  All rights in the Catalogues not specifically mentioned in paragraph 3 herein are reserved to us including the right to grant worldwide licenses with respect to the compositions and including the ownership of the copyrights of the compositions throughout the world and you hereby acknowledge said reservation. You specifically undertake and agree and it shall be of the essence of this agreement not to issue any license authorizing or permitting the use of any musical composition in the Catalogues without the prior written consent of both the Presley Estate and the Aberbach brothers which consent may be given or denied by either in their sole and absolute discretion;

SENT BY:BLI ASSOCIATES          10-05-92 05:44PM          2129992484→          586 8657 #3

(a)   In synchronisation with visual images; or

(b)   On or in connection with advertising or promoting
any product, service, person or institution; or

(c)   On or in connection with any printed material
including copies of the compositions arranged for
musical instruments, voices or a combination
thereof, but subject to existing licenses.

You further agree not to issue any mechanical licenses at a rate
less than the statutory rate applicable from time to time without
such prior written consent.

5.   **Royalty Splits:**  For compositions in or which enter the
renewal term, your fee shall be 50% with respect to all monies
received by you with respect to the compositions in the Catalogues
prior to June 30, 1992 and 25% with respect to monies received by
you on and after July 1, 1992. The balance of such monies shall be
remitted to us with appropriately detailed statements within 60
days after the end of each calendar half-year. Royalty splits on
compositions in original term shall change on renewal.

6.   **Accountings:**  Carlin shall prepare and render statements
of account with respect to monies received by it pursuant to this
agreement in reasonable detail to our administrator. Such
accountings shall be rendered within 60 days after the end of each
calendar half-year so long as monies are received by Carlin in
respect of the Catalogues and such accountings shall be accompanied
by remittances of all sums due to us. Carlin shall keep true and
correct books of account. We shall have the right to examine your
books and records from time to time with respect to monies received
by you from the Catalogues. Such examination may be conducted by
representatives of our choice at your regular place of business
where such books and records are maintained either in London or in
New York during normal business hours and no more than once with
respect to any royalty period.

7.   **Audit:**  Upon the execution of the agreement, we shall
have the right to have our representatives examine your books and
records with respect to statements heretofore rendered by you with
respect to your receipts from and after January 1, 1986 and you
agree to pay to us any monies shown to be due to us by such
examination.

8.   **Administration:**  As of the date hereof, our administrator
is R&H Music with respect to the Elvis Presley Music catalogue and
Williamson Music with respect to the Gladys Music catalogue. Our
administrator is authorized to grant the consents herein provided
on our behalf. We shall have the right to change our administrator
at any time in our sole and absolute discretion upon simple written
notice thereof to you.

9.   **Leiber Stoller Compositions:** We have heretofore supplied you with a copy of the agreement among ourselves and Messrs. Jerry Leiber and Mike Stoller dated February 26, 1987 and you agree, insofar as the Territory is concerned, to comply in all respects with our obligations thereunder.

10.   **Other Territory:** If we want to do a deal for a territory other than licensed territory, e.g. Europe, we have the right to do so, provided, we pay you some proportional share for use in your licensed territory, except for synchronisation licenses.

11.   **Right of First Refusal On Sale:** In the event that you receive an offer from a third party to buy any or all of the rights granted to you herein whether or not as a sale of your entire catalogue of musical compositions and you wish to accept such offer, directly or indirectly, you shall first give us a reasonable opportunity to acquire such rights at a price and on terms comparable to those offered to you by said third party on a proportional basis.

12.   **Termination:**      This agreement and all rights granted hereunder shall terminate in the event:

> (a)   Carlin avails itself of the bankruptcy or insolvency laws of any jurisdiction or a proceeding is instituted against it under such laws which is not dismissed within 60 days.

> (b)   Carlin fails to render a statement or make a payment hereunder when due and such failure continues for more than 30 days after notice thereof is delivered to Carlin at the above address or such other address as it may provide.

> (c)   Carlin fails to fully and faithfully perform its obligations under this agreement, it being understood that such failure must be material and must continue after the receipt by Carlin of written notice thereof.

13.   **No Action:** This agreement is entered into for the purpose of resolving the disputes which have arisen between the parties. The parties agree not to take any action or commence any legal proceeding against one another or against their respective representatives which may arise from actions taken with respect to the exploitation of the Catalogues during the pendency of said disputes from September 22, 1988 to the execution hereof.

14.   **Pending Litigation:** All of the parties hereto agree to instruct their respective attorneys to take such steps as shall be necessary and appropriate to:

3

JUL-26-2006  12:59      SUKIN LAW GROUP                    212 5916743    P.04/04

SENT BY:BLI ASSOCIATES        10-05-92 05:46PM          2125992484→          586 8657  # 5

(a) Discontinue with prejudice and without cost a certain action pending in the Supreme Court of the State of New York, County of New York, entitled Carlin Music Corporation against The National Bank of Commerce, Co-Trustee of the Estate of Elvis Presley, deceased, et. al. (Index No. 27345/91); and

(b) Discontinue with prejudice and without cost a certain action pending in the High Court of Justice, Chancery Division, between The National Bank of Commerce, et. al. and Carlin Music Corporation (CH 1991 -T- NO. 5238).

(c) The parties shall exchange releases.

NATIONAL BANK OF COMMERCE OF MEMPHIS, TENNESSEE, as Trustee under the Last Will and Testament of Elvis Presley, Deceased

By: _Fletcher E. Haaga_____

Title: FIRST VICE PRESIDENT

By: _____
Priscilla B. Presley, as Trustee under the Last Will and Testament of Elvis Presley, Deceased


By: _____
Julian J. Aberbach


By: _____
Joachim Jean Aberbach


ACCEPTED AND AGREED:

CARLIN MUSIC CORPORATION

By: _____

Title: CHAIRMAN

4

# Exhibit 3

## ELVIS PRESLEY MUSIC ENTERPRISES LLC

## ANNE MARIE ABERBACH REVOCABLE TRUST

## BELINDA ABERBACH STEVENSON REVOCABLE TRUST

## REPORT ON EXAMINATION OF

## CARLIN MUSIC CORPORATION

**RAPHAEL ATTAR**
**CHARTERED ACCOUNTANT**

**Raphael Attar**
**Chartered Accountant**

276 Blvd Saint Germain
75007 Paris

Tel: 01 47 05 24 62
Fax: 01 53 59 96 85
email:attar.raphael@wanadoo.fr

Messrs.
Elvis Presley Enterprises, LLC
Anne Marie Aberbach Revocable Trust
Belinda Aberbach Stevenson Agar Revocable Trust
c/o Sukin Law Group
1501 Broadway
New York, NY 10036

July 7, 2006

Dear Sirs,

Pursuant to your instructions, I have examined the books and records of :

**Carlin Music Corporation**
**(hereinafter referred to as Carlin)**

for the purpose of ascertaining any underpayments in royalty accountings rendered or which should have been rendered to you.

The examination was based on the Letter Agreement dated April 9, 1992 between the National Bank of Commerce of Memphis, Tennessee, as Trustee under the Last Will and Testament of Elvis Presley, Deceased, Priscilla B. Presley, as Trustee under the Last Will and Testament of Elvis Presley, Deceased, Julian J. Aberbach, Joachim Jean Aberbach (all collectively referred to hereinafter as Owners) and Carlin, and on which you advised me of your interpretation, where necessary.

The examination took place in November 2005 at Carlin's offices in London.

The audit period covered royalty statements rendered by Carlin for the period from July 1, 1999 through June 30, 2005.

Carlin collects the bulk of income through MCPS for mechanicals and PRS for performances, with the exception of synchronization fees licensed directly, and sheet music licensed through third parties.

MCPS makes monthly distributions, but the bulk of income relates to mechanicals from record companies who account to MCPS on a calendar quarter basis within 45 days. Hence, the major MCPS distributions for these mechanicals occur in February, May, August and November of each year. With respect to central licensing, where MCPS receives income for UK sales from other societies, these are also received on a quarterly basis and are distributed approximately 3 months after the end of the relevant sales quarter.

**Raphael Attar**
**Chartered Accountant**

PRS makes four payments a year in April, July, October and December. The April statement relates to Radio/TV performances for the 2nd half of the preceding year, and the October statement relates to Radio/TV performances for the 1st half. The July distribution covers general public performances for the preceding year, whereas the December statement includes sundry supplementary performances for various periods and an advance payment on account of general public performances, and this advance is recouped in the July distribution.

The examination included such audit procedures and tests as were deemed necessary, or were feasible under the circumstances, and included verifying society source statements, and those from third party licensees, with Carlin's accountings to Owners.

PRS and MCPS distribution statements, as well as those received from third party licensees for sheet music sales, cover all works owned or administered by Carlin with no separate statements or sections for Owners' compositions. As a result, verifying total income distributed on Owners' compositions from such statements was not feasible. The examination was therefore, necessarily limited to testing a sample of compositions and these related mainly to a selection extracted from the Top Earners list supplied to me for the audit.

The examination disclosed the following items :

<u>**Additional Royalties Due on Sheet Music**</u>

Sheet Music income received from third parties was based on a royalty rate of 15%. In its accountings to Owners, Carlin computed royalties at 66.66% of income received. This equates to splitting the 15% royalty received between Owners (10%) and Carlin (5%). According to Carlin, this split corresponds to that which was applicable under the previous agreement.

It should also be noted that Sheet Music income also includes licensing fees received from 3rd parties who themselves license to others and such fees are paid to Carlin at 85% of income collected by 3rd parties.

Carlin's accountings to Owners make no distinction between sheet music income received at a 15% royalty rate or at 85%. All income was accounted to Owners at 66.66% of receipts and, from the 1st half 2001 onwards, this was reduced to 50% to allow for the 25% share payable to Cherry Lane Music.

You advised me that Paragraph 5 of the Agreement, which provides for a royalty split, does not differentiate among the different types of income, but refers to "all monies" or simply "monies". As a result, the same royalty split should be applied across the board for all types of income, that is a 50/50 or 75/25 split depending on the date the renewal term commenced.

## Raphael Attar
### Chartered Accountant

As a result, additional royalties are due to Owners on Sheet Music and these were computed by uplifting the royalty paid of 66.66% to a royalty payable of 75% (equal to an increase of 12.5% in the royalty paid to Owners).

(No account was taken of any copyrights which were still in their original term and on which royalties were payable at 50%. Carlin applied the 66.66% rate to all titles irrespective of their copyright dates. However, based on a brief review of sheet music royalties, the most significant income related to titles which are in their renewal term and therefore payable at 75%).

Schedule 1 sets forth the Sheet Music royalties accounted to Owners for each accounting period, from the 2nd half 1999 to the 1st half 2005, an to which an uplift of 12.5% was applied disclosing additional royalties due to be £ 4,192.24.

### Additional Royalties Due on 2 Titles

Royalties on the title "Girls, Girls, Girls" (Leiber/Stoller) were computed at an incorrect rate for the period 1st half 2002 through the 1st half 2005. This was pointed out to Carlin who prepared an adjustment and this is set forth in Schedule 2 disclosing the additional amount due to be £ 700.47.

Royalties on the title "Love Me Tender (Motion Picture)" (various writers) were computed at an incorrect rate (50% instead of 75%). This was pointed out to Carlin who prepared an adjustment and this is set forth in Schedule 3 disclosing the additional amount due to be £ 541.07.

### Royalty Rate Adjustment to Titles Deemed to be in Renewal Term

Based on an examination of Carlin's royalty statements to Owners, I extracted a List of Compositions on which there were royalty rate queries. This list, set forth in Exhibit 1, was sent to Owners' representatives for verification and comments.

In addition, Carlin supplied me with a listing of Gladys Music and Elvis Presley Music works indicating the year of registration and their respective renewal dates, but among these there were thirty four (34) titles for which the copyright year was scheduled as unknown by Carlin. These titles are set forth in Exhibit 2, (also submitted to Owners' representatives for verification), whereas the remainder of titles with copyright year data are set forth in Exhibit 3.

I recently received back from Owners' representatives their comments and additional information, which demonstrates that the copyright dates on at least sixteen (16) of the musical compositions were determined by them by reference to easily accessible information and further which discloses discrepancies on the copyright registration date and renewal term on a number of compositions and, consequently, on the royalty rate accounted by Carlin to Owners.

3

**Raphael Attar**
**Chartered Accountant**

In addition, I was advised that for all compositions whose copyright date remains unknown, these should be deemed to have been in their renewal term by 1999, and that as of January 1, 2006 the royalty rate due on all compositions in the catalogues should be at 75% (since there would no longer be any compositions in their first term of 28 years).

Exhibit 1, relating to titles with royalty rate queries, has been updated with Client's comments. Exhibit 2, relating to works whose copyright year was listed as unknown by Carlin, has also been updated based on information which was easily obtained and supplied by the Client showing the copyright year and renewal date or, for those works whose copyright year remains unknown, deemed to be in the renewal term as of 1999.

Schedule 4 sets forth the adjustments due on the relevant titles listed in Exhibit 1 which were paid at an incorrect rate for certain periods, and the adjustments due on those titles listed in Exhibit 2 which fall in their renewal term, and discloses total additional royalties due to be £ 2,345.42.

Exhibit 3 sets forth a list of the compositions supplied by Carlin showing the remainder of the Gladys Music and Elvis Presley Music works, indicating the year of registration and their respective renewal dates.

Owners' representatives advised that the registration date for "It's Still Here" (Hunter) was not 1975 but 1973, with the renewal term starting in 2002. However, this title was correctly accounted by Carlin at 75% as from the 1st half 2002 onwards.

Similarly, on the title "All I Needed Was The Rain" (Wayne/Weisman) the registration date was 1968 and not 1978 as shown by Carlin, with renewal term starting in 1997. The examination, which covered the period from 2nd half 1999 onwards, disclosed that Carlin had applied the correct 75% rate throughout the audited period.

## Summary of Royalties Accounted

Attached, as Exhibit 4, is a summary of royalties accounted by Carlin for the period July 1, 1999 through June 30, 2005 on the various Elvis Presley Music and Gladys Music accounts, and the dates these were paid. Please note that for royalties paid from the 1st half 2002 period onwards, a withholding tax of 22% was deducted. I was advised by Carlin that for these years Owners did not submit the necessary tax forms, required to avoid tax being withheld, and this despite repeated reminders being sent by Carlin. The tax forms need to be submitted by the ultimate beneficiaries. (The tax withheld amounted to £ 350,645.28 over the 3½ year period).

4

## Raphael Attar
### Chartered Accountant

Summarized below are the audit findings:

£

| | |
|---|---|
| Schedule 1 - Adjustment for additional royalties due on Sheet Music | 4,192.24 |
| Schedule 2 - Adjustment due on "Girls, Girls, Girls" | 700.47 |
| Schedule 3 - Adjustment due on "Love Me Tender (Motion Picture)" | 541.07 |
| Schedule 4 - Royalty rate adjustment on titles deemed to be in renewal term | 2,345.42 |
| **Total Due** | £ **7,779.20** |

Respectfully submitted,

Raphael Attar
Chartered Accountant

5

Jan J. Aberbach and The Promenade Trust          Schedule 1
Re: Carlin Music Corporation
Adjustment for Additional Royalties Due on Sheet Music

| a/c 407 – Elvis Presley Music | source | income type | royalties paid | | additional |
|---|---|---|---|---|---|
| | | | rate (1) | amount | royalties due (2) |
| | | | % | £ | £ |
| | | | | | |
| 2nd half 1999 | Music Sales | folio sale | 66.666 | 0.65 | 0.08 |
| | | | | | |
| 1st half 2000 | Music Sales | folio sale | 66.666 | 4.07 | 0.51 |
| | | | | | |
| 2nd half 2000 | Music Sales | folio sale | 66.666 | 0.17 | 0.02 |
| 2nd half 2000 | IMP | sheet | 66.666 | 497.53 | 62.19 |
| 2nd half 2000 | IMP | sheet | 33.333 | 0.05 | 0.01 |
| | | | | | |
| 1st half 2001 | Music Sales | folio sale | 50.000 | 19.96 | 2.50 |
| 1st half 2001 | Music Sales | sheet | 25.000 | 1.08 | 0.14 |
| 1st half 2001 | Music Sales | sheet | 50.000 | 1,819.58 | 227.45 |
| 1st half 2001 | IMP | sheet | 25.000 | 0.02 | 0.00 |
| 1st half 2001 | IMP | sheet | 50.000 | 202.31 | 25.29 |
| | | | | | |
| 2nd half 2001 | Music Sales | folio sale | 50.000 | 6.88 | 0.86 |
| 2nd half 2001 | Music Sales | sheet | 25.000 | 0.51 | 0.06 |
| 2nd half 2001 | Music Sales | sheet | 50.000 | 1411.87 | 176.48 |
| 2nd half 2001 | IMP | sheet | 25.000 | 0.09 | 0.01 |
| 2nd half 2001 | IMP | sheet | 50.000 | 156.68 | 19.59 |
| | | | | | |
| 1st half 2002 | Music Sales | sheet | 12.500 | 0.31 | 0.04 |
| 1st half 2002 | Music Sales | sheet | 50.000 | 2,396.31 | 299.54 |
| 1st half 2002 | IMP | sheet | 12.500 | 0.04 | 0.01 |
| 1st half 2002 | IMP | sheet | 50.000 | 176.53 | 22.07 |
| | | | | | |
| 2nd half 2002 | Music Sales | sheet | 12.500 | 0.20 | 0.03 |
| 2nd half 2002 | Music Sales | sheet | 50.000 | 1,949.91 | 243.74 |
| 2nd half 2002 | IMP | sheet | 12.500 | 0.02 | 0.00 |
| 2nd half 2002 | IMP | sheet | 50.000 | 146.17 | 18.27 |
| | | | | | |
| 1st half 2003 | Music Sales | sheet | 12.500 | 0.25 | 0.03 |
| 1st half 2003 | Music Sales | sheet | 50.000 | 3,209.35 | 401.17 |
| 1st half 2003 | IMP | sheet | 50.000 | 161.99 | 20.25 |
| | | | | | |
| 2nd half 2003 | Music Sales | sheet | 12.500 | 0.12 | 0.02 |
| 2nd half 2003 | Music Sales | sheet | 50.000 | 1,795.33 | 224.42 |
| 2nd half 2003 | IMP | sheet | 50.000 | 113.29 | 14.16 |
| | | | | | |
| 1st half 2004 | Music Sales | sheet | 12.500 | 0.13 | 0.02 |
| 1st half 2004 | Music Sales | sheet | 50.000 | 1,266.96 | 158.37 |
| 1st half 2004 | IMP | sheet | 50.000 | 140.14 | 17.52 |
| | | | | | |
| | | | | | |

n J. Aberbach and The Promenade Trust                   Schedule 1
Re: Carlin Music Corporation
Adjustment for Additional Royalties Due on Sheet Music

| a/c 407 – Elvis Presley Music | source | income type | royalties paid | | additional |
| | | | rate (1) | amount | royalties due (2) |
| | | | % | £ | £ |
| | | | | | |
| 2nd half 2004 | Music Sales | sheet | 50.000 | 9.62 | 1.20 |
| 2nd half 2004 | IMP | sheet | 50.000 | 30.49 | 3.81 |
| | | | | | |
| 1st half 2005 | Music Sales | sheet | 12.500 | 0.14 | 0.02 |
| 1st half 2005 | Music Sales | sheet | 50.000 | 2,666.41 | 333.30 |
| 1st half 2005 | IMP | sheet | 50.000 | 196.20 | 24.53 |
| | | | | | |
| a/c 462 – Gladys Music | | | | | |
| | | | | | |
| 2nd half 1999 | Music Sales | folio sale | 66.666 | 21.79 | 2.72 |
| | | | | | |
| 1st half 2000 | Music Sales | folio sale | 66.666 | 99.12 | 12.39 |
| | | | | | |
| 2nd half 2000 | Music Sales | folio sale | 66.666 | 21.20 | 2.65 |
| 2nd half 2000 | IMP | sheet | 66.666 | 347.27 | 43.41 |
| | | | | | |
| 1st half 2001 | Music Sales | folio sale | 50.000 | 21.59 | 2.70 |
| 1st half 2001 | Music Sales | sheet | 50.000 | 1,373.86 | 171.73 |
| 1st half 2001 | IMP | sheet | 50.000 | 252.89 | 31.61 |
| | | | | | |
| 2nd half 2001 | Music Sales | folio sale | 50.000 | 6.86 | 0.86 |
| 2nd half 2001 | Music Sales | sheet | 50.000 | 724.89 | 90.61 |
| 2nd half 2001 | IMP | sheet | 50.000 | 236.56 | 29.57 |
| | | | | | |
| 1st half 2002 | Music Sales | sheet | 50.000 | 1288.35 | 161.04 |
| 1st half 2002 | IMP | sheet | 50.000 | 162.69 | 20.34 |
| | | | | | |
| 2nd half 2002 | Music Sales | sheet | 50.000 | 1265.32 | 158.17 |
| 2nd half 2002 | IMP | sheet | 50.000 | 184.00 | 23.00 |
| | | | | | |
| 1st half 2003 | Music Sales | sheet | 50.000 | 1881.91 | 235.24 |
| 1st half 2003 | IMP | sheet | 50.000 | 151.72 | 18.97 |
| | | | | | |
| 2nd half 2003 | Music Sales | sheet | 50.000 | 1065.29 | 133.16 |
| 2nd half 2003 | IMP | sheet | 50.000 | 72.17 | 9.02 |
| | | | | | |
| 1st half 2004 | Music Sales | sheet | 50.000 | 759.76 | 94.97 |
| 1st half 2004 | IMP | sheet | 50.000 | 188.75 | 23.59 |
| | | sheet | | | |
| 2nd half 2004 | Music Sales | sheet | 50.000 | 93.39 | 11.67 |
| 2nd half 2004 | IMP | sheet | 50.000 | 34.46 | 4.31 |
| | | | | | |
| | | | | | |

J   n J. Aberbach and The Promenade Trust                    Schedule 1
Re: Carlin Music Corporation
Adjustment for Additional Royalties Due on Sheet Music

| a/c 462 - Gladys Music | source | income type | royalties paid rate (1) | royalties paid amount | additional royalties due (2) |
|---|---|---|---|---|---|
| | | | % | £ | £ |
| | | | | | |
| 1st half 2005 | Music Sales | sheet | 50.000 | 1260.12 | 157.52 |
| 1st half 2005 | IMP | sheet | 50.000 | 22.77 | 2.85 |
| | | | | | |
| a/c 463 - Gladys Music | | | | | |
| | | | | | |
| 2nd half 2001 | Music Sales | folio sale | 50.000 | 0.30 | 0.04 |
| 2nd half 2001 | Music Sales | sheet | 50.000 | 384.44 | 48.06 |
| 2nd half 2001 | IMP | sheet | 50.000 | 28.14 | 3.52 |
| | | | | | |
| 1st half 2002 | Music Sales | sheet | 50.000 | 554.58 | 69.32 |
| 1st half 2002 | IMP | sheet | 50.000 | 22.16 | 2.77 |
| | | | | | |
| 2nd half 2002 | Music Sales | sheet | 50.000 | 411.29 | 51.41 |
| 2nd half 2002 | IMP | sheet | 50.000 | 19.96 | 2.50 |
| | | | | | |
| 1st half 2003 | Music Sales | sheet | 50.000 | 722.04 | 90.26 |
| 1st half 2003 | IMP | sheet | 50.000 | 21.17 | 2.65 |
| | | | | | |
| 2nd half 2003 | Music Sales | sheet | 50.000 | 459.67 | 57.46 |
| 2nd half 2003 | IMP | sheet | 50.000 | 12.32 | 1.54 |
| | | | | | |
| 1st half 2004 | Music Sales | sheet | 50.000 | 272.31 | 34.04 |
| 1st half 2004 | IMP | sheet | 50.000 | 36.79 | 4.60 |
| | | | | | |
| 2nd half 2004 | Music Sales | sheet | 50.000 | 115.69 | 14.46 |
| 2nd half 2004 | IMP | sheet | 50.000 | 8.72 | 1.09 |
| | | | | | |
| 1st half 2005 | Music Sales | sheet | 50.000 | 498.26 | 62.28 |
| 1st half 2005 | IMP | sheet | 50.000 | 52.02 | 6.50 |
| | | | | | |
| Total Due | | | | | £4,192.24 |
| | | | | | |
| Note: | | | | | |
| (1) royalty rate paid was computed at 66.66% of income received and from Jan 1, 2001 this was | | | | | |
| changed to 75% of 66.66% (50%) with the balance of 25% being the share paid to Cherry Lane | | | | | |
| | | | | | |
| (2) additional royalties due were computed based on royalties payable at 75% and from Jan 1, 2002 | | | | | |
| at 56.25% (75% of 75%), resulting in the additional rate due being 12.5% of royalties paid | | | | | |

Julian J. Aberbach and The Promenade Trust
Re: Carlin Music Corporation
Adjustment Due for Incorrect Royalty Rate Paid on "Girls Girls Girls"                    Schedule 2

Title - Girls Girls Girls - Leiber & Stoller

| Period | Source | Income £ | Rate paid | Amount paid £ | Rate Payable | Amount Payable £ | Amount Due £ |
|---|---|---|---|---|---|---|---|
| | | | | Adjustment due on Elvis Presley Music Inc (a/c 000407) | | | |
| 1st half 2002 | MUSIC SALES | 2.40 | 12.500% | 0.31 | 37.500% | 0.90 | 0.59 |
| | DMP | 0.28 | 12.500% | 0.04 | 37.500% | 0.11 | 0.07 |
| | MCPS | 80.22 | 9.375% | 7.52 | 28.125% | 22.56 | 15.04 |
| | WARNER - MALAYSIA | 0.42 | 9.375% | 0.04 | 28.125% | 0.12 | -0.08 |
| | PRS | 4.41 | 9.375% | 0.41 | 28.125% | 1.24 | 0.83 |
| | WARNER - KOREA/PHIL | 2.16 | 18.750% | 0.42 | 37.500% | 0.81 | 0.39 |
| 2nd half 2002 | MUSIC SALES | 1.55 | 12.500% | 0.20 | 37.500% | 0.58 | 0.38 |
| | DMP | 0.14 | 12.500% | 0.02 | 37.500% | 0.05 | 0.03 |
| | MCPS | 81.77 | 9.375% | 7.68 | 28.125% | 23.00 | 15.32 |
| | WARNER - MALAYSIA | 0.30 | 9.375% | 0.03 | 28.125% | 0.08 | 0.05 |
| | PRS | 19.65 | 9.375% | 1.85 | 28.125% | 5.53 | 3.68 |
| | WARNER - KOREA/PHIL | 0.86 | 18.750% | 0.16 | 37.500% | 0.32 | 0.16 |
| 1st half 2003 | MUSIC SALES | 1.91 | 12.500% | 0.25 | 37.500% | 0.72 | 0.47 |
| | MCPS | 137.35 | 9.375% | 12.86 | 28.125% | 38.63 | 25.77 |
| | WARNER - MAL/SING | 0.14 | 9.375% | 0.02 | 28.125% | 0.04 | 0.02 |
| | PRS | 33.01 | 9.375% | 3.10 | 28.125% | 9.28 | 6.18 |
| | WARNER - KOREA/PHIL | 0.04 | 18.750% | - | 37.500% | 0.02 | 0.02 |
| 2nd half 2003 | MUSIC SALES | 0.94 | 12.500% | 0.12 | 37.500% | 0.35 | 0.23 |
| | MCPS | 44.14 | 9.375% | 4.14 | 28.125% | 12.41 | 8.27 |
| | WARNER - MAL/SING | 0.36 | 9.375% | 0.04 | 28.125% | 0.10 | 0.06 |
| | PRS | 191.04 | 9.375% | 17.91 | 28.125% | 53.73 | 35.82 |
| | WARNER - KOREA/PHIL | 0.25 | 18.750% | - 0.05 | 37.500% | - 0.09 | - 0.04 |
| 1st half 2004 | MUSIC SALES | 0.96 | 12.500% | 0.13 | 37.500% | 0.36 | 0.23 |
| | MCPS | 33.10 | 9.375% | 3.11 | 28.125% | 9.31 | 6.20 |
| | WARNER - MAL/SING | 0.12 | 9.375% | 0.01 | 28.125% | 0.03 | 0.02 |
| | PRS | 38.10 | 9.375% | 3.58 | 28.125% | 10.72 | 7.14 |
| | WARNER - KOREA/PHIL | - 0.07 | 18.750% | - 0.02 | 37.500% | - 0.03 | - 0.01 |
| 2nd half 2004 | MUSIC SALES | | 12.500% | | 37.500% | - | - |
| | MCPS | 73.92 | 9.375% | 6.93 | 28.125% | 20.79 | 13.86 |
| | WARNER - MAL/SING | 0.10 | 9.375% | 0.01 | 28.125% | 0.03 | 0.02 |
| | PRS | 75.66 | 9.375% | 7.12 | 28.125% | 21.28 | 14.16 |
| | WARNER - KOREA/PHIL | 0.09 | 18.750% | - 0.02 | 37.500% | 0.03 | 0.01 |
| 1st half 2005 | MUSIC SALES | 1.11 | 12.500% | 0.14 | 37.500% | 0.42 | 0.28 |
| | MCPS | 2,902.75 | 9.375% | 272.13 | 28.125% | 816.40 | 544.27 |
| | WARNER - MAL/SING | 0.09 | 9.375% | 0.01 | 28.125% | 0.03 | 0.02 |
| | PRS | 4.87 | 9.375% | 0.47 | 28.125% | 1.37 | 0.90 |
| | WARNER - KOREA/PHIL | - 0.11 | 18.750% | - 0.03 | 37.500% | - 0.04 | - 0.01 |
| Total adjustment due | | | | | | | £700.47 |

Schedule prepared by Carlin

Schedule 3

**Julian J. Aberbach and The Promenade Trust**
**Re: Carlin Music Corporation**
**Adjustment Due for Incorrect Royalty Rate Paid on "Love Me Tender (Motion Picture)"**

**Title - Love Me Tender (Motion Picture) - Various Writers**

| Period | Source | Income | Rate paid | Amount paid | Rate Payable | Amount Payable | Amount Due |
|---|---|---|---|---|---|---|---|
| | | | | Adjustment due on Elvis Presley Music Inc (a/c 000407) | | | |
| | | £ | | £ | | £ | £ |
| 1st half 1998 | PRS | 57.96 | 50.00% | 28.98 | 75.00% | 43.47 | 14.49 |
| 2nd half 1998 | PRS | 458.29 | 50.00% | 229.14 | 75.00% | 343.72 | 114.58 |
| 2nd half 2002 | PRS | 1,531.65 | 37.50% | 574.37 | 56.25% | 861.55 | 287.18 |
| | PRS - re Spain | 6.20 | 75.00% | 4.65 | 75.00% | 4.65 | - |
| 1st half 2004 | PRS | 433.77 | 37.50% | 162.66 | 56.25% | 244.00 | 81.34 |
| 2nd half 2004 | PRS | 229.54 | 37.50% | 86.10 | 56.25% | 129.12 | 43.02 |
| 1st half 2005 | PRS | 2.48 | 37.50% | 0.93 | 56.25% | 1.40 | 0.47 |
| Total adjustment due | | | | | | | £541.07 |
| | | | | | | | |
| Schedule prepared by Carlin | | | | | | | |

Julian J. Aberbach and The Promenade Trust
Re: Carlin Music Corporation
Royalty Rate Adjustment on Titles Deemed to be in Renewal Term

| Title | Writers | Period | Income | Rate paid | Amount paid | Rate Payable | Amount Payable | Amount Due |
|---|---|---|---|---|---|---|---|---|
| | | | £ | | £ | | £ | £ |
| **Titles paid at incorrect rate for certain periods – see Exhibit 1:** | | | | | | Adjustment due on Gladys Music (a/c 000462) | | |
| Britches | Wayne | 2nd half 1999 | 8.77 | 50.00% | 4.40 | 75.00% | 6.58 | 2.18 |
| Britches | Wayne | 1st half 2000 | 16.04 | 50.00% | 8.04 | 75.00% | 12.03 | 3.99 |
| Britches | Wayne | 2nd half 2000 | 11.25 | 50.00% | 5.63 | 75.00% | 8.44 | 2.81 |
| Britches | Wayne | 1st half 2001 | 19.97 | 37.50% | 7.49 | 56.25% | 11.23 | 3.74 |
| Britches | Wayne | 2nd half 2001 | 28.94 | 37.50% | 10.86 | 56.25% | 16.28 | 5.42 |
| Britches | Wayne | 1st half 2002 | 16.32 | 37.50% | 6.13 | 56.25% | 9.18 | 3.05 |
| Britches | Wayne | 2nd half 2002 | 17.57 | 37.50% | 6.60 | 56.25% | 9.88 | 3.28 |
| Britches | Wayne | 1st half 2003 | 27.30 | 37.50% | 10.23 | 56.25% | 15.36 | 5.13 |
| Britches | Wayne | 2nd half 2003 | 5.26 | 37.50% | 1.98 | 56.25% | 2.96 | 0.98 |
| Britches | Wayne | 1st half 2004 | 10.29 | 37.50% | 3.87 | 56.25% | 5.79 | 1.92 |
| Britches | Wayne | 2nd half 2004 | 11.19 | 37.50% | 4.21 | 56.25% | 6.29 | 2.08 |
| Britches | Wayne | 1st half 2005 | 30.86 | 37.50% | 11.57 | 56.25% | 17.36 | 5.79 |
| Have A Happy | Fuller | 2nd half 1999 | 16.01 | 50.00% | 8.03 | 75.00% | 12.01 | 3.98 |
| I'll Never Know | Karger | 2nd half 1999 | 29.42 | 50.00% | 14.71 | 75.00% | 22.07 | 7.36 |
| Let Us Pray | Weisman | 2nd half 1999 | 12.13 | 50.00% | 6.08 | 75.00% | 9.10 | 3.02 |
| **See Exhibit 2 for copyright year and renewal date** | | | | | | | | |
| Chant | Brooks | 2nd half 2000 | 3.55 | 50.00% | 1.78 | 75.00% | 2.66 | 0.88 |
| Chantin' For Grandma | Sylva | 2nd half 2000 | 6.29 | 50.00% | 3.15 | 75.00% | 4.72 | 1.57 |
| Shave And A Haircut Routine | Brooks | 2nd half 2000 | 11.94 | 50.00% | 5.97 | 75.00% | 8.96 | 2.99 |
| | | | | | | | | |
| | | | | | Other Adjustment due on Gladys Music (a/c 000463) | | | |
| Real Good Looking Boy | Weiss | 2nd half 2004 | 1,944.40 | 37.50% | 729.21 | 56.25% | 1,093.73 | 364.52 |
| Real Good Looking Boy | Weiss | 1st half 2005 | 393.98 | 37.50% | 147.75 | 56.25% | 221.61 | 73.86 |

Page 1 of

Schedule 4

**Julian J. Aberbach and The Promenade Trust**
**Re: Carlin Music Corporation**
**Royalty Rate Adjustment on Titles Deemed to be in Renewal Term**

| Title | Writers | Period | Income | Rate paid | Amount paid | Rate Payable | Amount Payable | Amount Due |
|---|---|---|---|---|---|---|---|---|
| | | | | | **Adjustment due on Elvis Presley Music Inc (a/c 000407)** | | | |
| | | | £ | | £ | | £ | £ |
| **Titles paid at incorrect rate for certain periods - see Exhibit 1:** | | | | | | | | |
| Nearer My God To Thee | Mason | 2nd half 2001 | 442.56 | 37.50% | 165.99 | 56.25% | 248.94 | 82.95 |
| O Little Town Of Bethlehem | Presley | 2nd half 1999 | 37.87 | 50.00% | 18.96 | 75.00% | 28.40 | 9.44 |
| See See Rider | Presley | 2/99 - 2/00 | 1,723.29 | 50.00% | 861.96 | 75.00% | 1,292.47 | 430.51 |
| See See Rider | Presley | 1/01 - 2/01 | 4,142.48 | 37.50% | 1,553.45 | 56.25% | 2,330.15 | 776.69 |
| Swing The Mood | various | 2/99 - 2/00 | 84.54 | 25.00% | 21.14 | 37.50% | 31.70 | 10.56 |
| Swing The Mood | various | 1/01 - 1/05 | 382.21 | 18.75% | 71.69 | 28.125% | 107.50 | 35.81 |
| We Can Make The Morning | Ramsey | 2/04 - 1/05 | 35.96 | 37.50% | 13.50 | 56.25% | 20.23 | 6.73 |
| | | | | | | | | |
| **See Exhibit 2 for copyright year and renewal date** | | | | | | | | |
| | | | | | | | | |
| Elvis Sails | Presley | 2/99 - 2/00 | 32.69 | 50.00% | 16.39 | 75.00% | 24.52 | 8.13 |
| Elvis Sails | Presley | 1/01 - 1/05 | 444.48 | 37.50% | 166.72 | 56.25% | 250.02 | 83.30 |
| Hey Memphis | Shuman | 2/99 - 2/00 | 242.60 | 50.00% | 121.33 | 75.00% | 181.95 | 60.62 |
| Hey Memphis | Shuman | 1/01 - 1/05 | 264.07 | 37.50% | 99.05 | 56.25% | 148.54 | 49.49 |
| Pretty Little Devil | Carter Jr | 2/99 - 2/00 | 6.26 | 50.00% | 3.15 | 75.00% | 4.70 | 1.55 |
| Primitive Love | Reeves | 1/00 - 2/00 | 30.79 | 50.00% | 15.41 | 75.00% | 23.09 | 7.68 |
| Primitive Love | Reeves | 2nd half 2001 | 7.07 | 37.50% | 2.65 | 56.25% | 3.98 | 1.33 |
| Turn Your Eyes Upon Jesus | Presley | 1/01 - 1/05 | 1,504.33 | 37.50% | 564.08 | 56.25% | 846.19 | 282.11 |
| | | | | | | | | |
| **Total Additional Royalties Due** | | | | | | | | £2,345.42 |

Exhibit 1

Julian J. Aberbach and The Promenade Trust
Re: Carlin Music Corporation
List of Compositions with Royalty Rate Queries

| Titles in Gladys Music catalogue | Writers | Royalty Rate % Paid | | | | periods | Client's comments |
|---|---|---|---|---|---|---|---|
| | | a/c 462 - Gladys % | a/c 407 - KPM % | total % | Cherry Lane/River % | | |
| Britches | Wayne/Edwards | 50.00 | | 50.00 | 0.00 | 2nd half 1999 - 2nd half 2000 | title in renewal term |
| Britches | Wayne/Edwards | 37.50 | | 37.50 | 12.50 | year 2001 onwards | should all be at 75% |
| 'hant | Brooks | 50.00 | | 50.00 | 0.00 | 2nd half 2000 | deemed to be |
| no further income was received in subsequent periods, but system would pay out future income | | 37.50 | | 37.50 | 12.50 | | in renewal term |
| Chantin' For Grandma | Sylva | 50.00 | | 50.00 | 0.00 | 2nd half 2000 | deemed to be |
| no further income was received in subsequent periods, but system would pay out future income | | 37.50 | | 37.50 | 12.50 | | in renewal term |
| Cindy Cindy | Fuller/Weisman/Kaye | 50.00 | | 50.00 | 0.00 | 2nd half 1999 | |
| Cindy Cindy | Fuller/Weisman/Kaye | 75.00 | | 75.00 | 0.00 | year 2000 | |
| Cindy Cindy | Fuller/Weisman/Kaye | 56.25 | | 56.25 | 18.75 | year 2001 onwards | |
| Fool | Last/Sigman | 50.00 | | 50.00 | 0.00 | 2nd half 1999 - 2nd half 2000 | |
| Fool | Last/Sigman | 56.25 | | 56.25 | 18.75 | year 2001 onwards | |
| Have A Happy | Fuller/Weisman/Kaye | 50.00 | | 50.00 | 0.00 | 2nd half 1999 | title in renewal term |
| Have A Happy | Fuller/Weisman/Kaye | 75.00 | | 75.00 | 0.00 | year 2000 | should all be at 75% |
| Have A Happy | Fuller/Weisman/Kaye | 56.25 | | 56.25 | 18.75 | year 2001 onwards | |
| I'll Never Know | Karger/Wayne/Weisman | 50.00 | | 50.00 | 0.00 | 2nd half 1999 | title in renewal term |
| I'll Never Know | Karger/Wayne/Weisman | 75.00 | | 75.00 | 0.00 | year 2000 | should all be at 75% |
| I'll Never Know | Karger/Wayne/Weisman | 56.25 | | 56.25 | 18.75 | year 2001 onwards | |
| I'll Take You Home Again Kathleen | Westendorf/Presley | 25.00 | 25.00 | 50.00 | 0.00 | 2nd half 1999 - 2nd half 2000 | |
| I'll Take You Home Again Kathleen | Westendorf/Presley | 18.75 | 18.75 | 37.50 | 12.50 | year 2001 | |
| I'll Take You Home Again Kathleen | Westendorf/Presley | 28.125 | 28.125 | 56.25 | 18.75 | 2002 onwards | |

Exhibit 1

**Julian J. Aberbach and The Promenade Trust**
**Re: Carlin Music Corporation**
**List of Compositions with Royalty Rate Queries**

| Titles in Gladys Music catalogue | Writers | Royalty Rate % Paid | | | | periods | Client's comments |
|---|---|---|---|---|---|---|---|
| | | a/c 462 - Gladys % | a/c 407 - BPMI % | total % | Cherry Lane/River % | | |
| It's Still Here | Hunter | 25.00 | 25.00 | 50.00 | 0.00 | 2nd half 1999 - 2nd half 2000 | |
| It's Still Here | Hunter | 18.75 | 18.75 | 37.50 | 12.50 | year 2001 | |
| It's Still Here | Hunter | 28.125 | 28.125 | 56.25 | 18.75 | year 2002 onwards | |
| | | | | | | | |
| Let Us Pray | Weisman/Kaye | 50.00 | | 50.00 | 0.00 | 2nd half 1999 | title in renewal term |
| Let Us Pray | Weisman/Kaye | 75.00 | | 75.00 | 0.00 | year 2000 | should all be at 75% |
| Let Us Pray | Weisman/Kaye | 56.25 | | 56.25 | 18.75 | year 2001 onwards | |
| | | | | | | | |
| Shave And A Haircut Routine | Brooks/O'Curran | 50.00 | | 50.00 | 0.00 | 2nd half 2000 | deemed to be |
| no further income was received in subsequent periods, but system would pay out future income | | | | 37.50 | 12.50 | | in renewal term |
| | | | | | | | |
| **Titles in Elvis Presley Music catalogue** | | | | | | | |
| | | | | | | | |
| Amazing Grace | Presley | 50.00 | 50.00 | 50.00 | 0.00 | 2nd half 1999 | |
| Amazing Grace | Presley | 75.00 | 75.00 | 75.00 | 0.00 | year 2000 | |
| Amazing Grace | Presley | 56.25 | 56.25 | 56.25 | 18.75 | year 2001 onwards | |
| | | | | | | | |
| Climb The | Leiber/Stoller | 37.50 | 37.50 | 37.50 | 0.00 | 2nd half 1999 - 2nd half 2000 | Carlin should provide additional information |
| 37.5% share paid to Hill & Range for Progressive Music and Carlin retained 25% | | | | | | | |
| Climb The | Leiber/Stoller | 28.125 | 28.125 | 28.125 | 18.75 | year 2001 onwards | on co-publishing split |
| 18.75% paid to Hill & Range and Carlin retained 34.375% | | | | | | | |
| | | | | | | | |
| Closing Vamp - from Elvis Live in Memphis | Presley/Summer/Dvorin | | | | | | title not controlled by Elvis Presley Music or Gladys Music |
| no income received but system would pay out future income as | | 56.25 | 56.25 | 56.25 | 18.75 | | |
| | | | | | | | |

Exhibit 1

Julian J. Aberbach and The Promenade Trust
Re: Carlin Music Corporation
List of Compositions with Royalty Rate Queries

| Titles in Elvis Presley Music catalogue | | Royalty Rate % Paid | | | periods | Client's comments |
|---|---|---|---|---|---|---|
| | | s/e 407 - EPM | total | Cherry Lane/River | | |
| | | % | % | % | | |
| Ecstasy | Pomus/Spector | 37.50 | 37.50 | 0.00 | 2nd half 1999 - 2nd half 2000 | Carlin should provide additional information on co-publishing split |
| remaining 62.5% for Hill & Range (Progressive Music), Trio Music and Carlin | | | | | | |
| Ecstasy | Pomus/Spector | 28.125 | 28.125 | 9.375 | year 2001 onwards | |
| Hill & Range 18.75% - Trio Music 6.25% and Carlin 37.5% | | | | | | |
| Elvis Sails | Presley | 50.00 | 50.00 | 0.00 | 2nd half 1999 - 2nd half 2000 | deemed to be |
| Elvis Sails | Presley | 37.50 | 37.50 | 12.50 | year 2001 onwards | in renewal term |
| First Noel The | Presley | 50.00 | 50.00 | 0.00 | 2nd half 1999 | |
| First Noel The | Presley | 75.00 | 75.00 | 0.00 | year 2000 | |
| First Noel The | Presley | 56.25 | 56.25 | 18.75 | year 2001 onwards | |
| Girls, Girls, Girls | Leiber/Stoller | 37.50 | 37.50 | 0.00 | 2nd half 1999 - 2nd half 2000 | |
| Hill & Range (Progressive Music) 37.5% - Carlin 25% | | | | | | |
| Girls, Girls, Girls | Leiber/Stoller | 28.125 | 28.125 | 9.375 | year 2001 | see Schedule 2 for |
| Girls, Girls, Girls | Leiber/Stoller | 9.375 | 9.375 | 3.125 | year 2002 onwards | rate adjustment |
| Hill & Range (Progressive Music) 37.5% - Carlin 50% | | | | | | prepared by Carlin |
| Hey Memphis | Pomus/Shuman | 50.00 | 50.00 | 0.00 | 2nd half 1999 - 2nd half 2000 | title in renewal term |
| Hey Memphis | Pomus/Shuman | 37.50 | 37.50 | 12.50 | year 2001 onwards | should all be at 75% |
| Holly Leaves And Christmas Trees | Spreen/West | 50.00 | 50.00 | 0.00 | 2nd half 1999 | |
| Holly Leaves And Christmas Trees | Spreen/West | 75.00 | 75.00 | 0.00 | year 2000 | |
| Holly Leaves And Christmas Trees | Spreen/West | 56.25 | 56.25 | 18.75 | year 2001 onwards | |
| I Was Born About Ten Thousand Years Ag | Presley | 50.00 | 50.00 | 0.00 | 2nd half 1999 | |
| I Was Born About Ten Thousand Years Ag | Presley | 75.00 | 75.00 | 0.00 | year 2000 | |
| I Was Born About Ten Thousand Years Ag | Presley | 56.25 | 56.25 | 18.75 | year 2001 onwards | |

Exhibit 1

Julian J. Aberbach and The Promenade Trust
Re: Carlin Music Composition
List of Compositions with Royalty Rate Queries

| Titles in Elvis Presley Music catalogue | | Royalty Rate % Paid | | | periods | Client's comments |
|---|---|---|---|---|---|---|
| | | s/e 407 - EPMI % | total % | Cherry Lane/River % | | |
| I'll Be Home On Christmas Day | Jarrett | 50.00 | 50.00 | 0.00 | 2nd half 1999 | |
| I'll Be Home On Christmas Day | Jarrett | 75.00 | 75.00 | 0.00 | year 2000 | |
| I'll Be Home On Christmas Day | Jarrett | 56.25 | 56.25 | 18.75 | year 2001 onwards | |
| | | | | | | |
| I'm Leaving | Charles/Jarrett | 50.00 | 50.00 | 0.00 | 2nd half 1999 | |
| I'm Leaving | Charles/Jarrett | 75.00 | 75.00 | 0.00 | year 2000 | |
| I'm Leaving | Charles/Jarrett | 56.25 | 56.25 | 18.75 | year 2001 onwards | |
| | | | | | | |
| It's Your Baby You Rock It | Fowler/Milete | 50.00 | 50.00 | 0.00 | 2nd half 1999 | |
| It's Your Baby You Rock It | Fowler/Milete | 75.00 | 75.00 | 0.00 | year 2000 | |
| It's Your Baby You Rock It | Fowler/Milete | 56.25 | 56.25 | 18.75 | year 2001 onwards | |
| | | | | | | |
| Let's Be Friends | Martin/Morrow/Arnold | 50.00 | 50.00 | 0.00 | 2nd half 1999 - 2nd half 2000 | |
| Let's Be Friends | Martin/Morrow/Arnold | 37.50 | 37.50 | 12.50 | year 2001 onwards | |
| this title appears to be controlled 50% by Elvis Presley Music and 50% by Carlin o/b/o The Shadows | | | | | | |
| | | | | | | |
| Life | Milete | 50.00 | 50.00 | 0.00 | 2nd half 1999 | |
| Life | Milete | 75.00 | 75.00 | 0.00 | year 2000 | |
| Life | Milete | 56.25 | 56.25 | 18.75 | year 2001 onwards | |
| | | | | | | |
| Love Me Tender (Motion Picture) | Various Writers | 50.00 | 50.00 | 0.00 | 2nd half 1999 - 2nd half 2000 | see Schedule 3 for |
| Love Me Tender (Motion Picture) | Various Writers | 37.50 | 37.50 | 12.50 | year 2001 onwards | rate adjustment |
| | | | | | | prepared by Carlin |
| | | | | | | |
| Nearer My God To Thee | Mason/Adams/Presley | 37.50 | 37.50 | 12.50 | year 2001 | title in renewal term |
| Nearer My God To Thee | Mason/Adams/Presley | 56.25 | 56.25 | 18.75 | year 2002 onwards | should all be at 75% |
| | | | | | | |
| O come All Ye Faithful | Presley | 50.00 | 50.00 | 0.00 | 2nd half 1999 | |
| O come All Ye Faithful | Presley | 75.00 | 75.00 | 0.00 | year 2000 | |
| O come All Ye Faithful | Presley | 56.25 | 56.25 | 18.75 | year 2001 onwards | |

Julian J. Aberbach and The Promenade Trust
Re: Carlin Music Corporation
List of Compositions with Royalty Rate Queries

Exhibit 1

| Titles in Elvis Presley Music catalogue | | Royalty Rate % Paid | | | periods | Client's comments |
|---|---|---|---|---|---|---|
| | | a/c 407 - KPM % | total % | Cherry Lane/River % | | |
| O Little Town Of Bethlehem | Presley | 50.00 | 50.00 | 0.00 | 2nd half 1999 | title in renewal term |
| O Little Town Of Bethlehem | Presley | 75.00 | 75.00 | 0.00 | year 2000 | should all be at 75% |
| O Little Town Of Bethlehem | Presley | 56.25 | 56.25 | 18.75 | year 2001 onwards | |
| | | | | | | |
| Peaty Little Devil | Carter | 50.00 | 50.00 | 0.00 | 2nd half 1999 - 2nd half 2000 | deemed to be |
| no further income was received in subsequent periods, but system would pay out future income | | 37.50 | 37.50 | 12.50 | | in renewal term |
| | | | | | | |
| Primitive Love | Reeves | 50.00 | 50.00 | 0.00 | year 2000 | deemed to be |
| no further income was received in subsequent periods, but system would pay out future income | | 37.50 | 37.50 | 12.50 | 2nd half 2001 | in renewal term |
| | | | | | | |
| See See Rider | Presley | 50.00 | 50.00 | 0.00 | 2nd half 1999 - 2nd half 2000 | title in renewal term |
| See See Rider | Presley | 37.50 | 37.50 | 12.50 | year 2001 | should all be at 75% |
| See See Rider | Presley | 56.25 | 56.25 | 18.75 | year 2002 onwards | |
| | | | | | | |
| Seeing Is Believing | Spreen/West | 50.00 | 50.00 | 0.00 | 2nd half 1999 | |
| Seeing Is Believing | Spreen/West | 75.00 | 75.00 | 0.00 | year 2000 | |
| Seeing Is Believing | Spreen/West | 56.25 | 56.25 | 18.75 | year 2001 onwards | |
| | | | | | | |
| Sound Of Your Cry The | Baum/Giant/Kaye | 50.00 | 50.00 | 0.00 | 2nd half 1999 | |
| Sound Of Your Cry The | Baum/Giant/Kaye | 75.00 | 75.00 | 0.00 | year 2000 | |
| Sound Of Your Cry The | Baum/Giant/Kaye | 56.25 | 56.25 | 18.75 | year 2001 onwards | |
| | | | | | | |
| Stranger In The Crowd | Scott | 50.00 | 50.00 | 0.00 | 2nd half 1999 | |
| Stranger In The Crowd | Scott | 75.00 | 75.00 | 0.00 | year 2000 | |
| Stranger In The Crowd | Scott | 56.25 | 56.25 | 18.75 | year 2001 onwards | |
| | | | | | | |
| Swing The Mood | Various Writers | 25.00 | 25.00 | 0.00 | 2nd half 1999 - 2nd half 2000 | title in renewal term |
| Swing The Mood | Various Writers | 18.75 | 18.75 | 18.90 | | should all be at 75% |
| this appears to be a co-published title with Hill & Range (o/b/o Progressive Music 12.45% and Noma Music 12.45%) and Carlin retaining 37.45% | | | | | | |
| but Cherry River's share is odd | | | | | | |

Exhibit 1

Julian J. Aberbach and The Promenade Trust
Re: Carlin Music Corporation
List of Compositions with Royalty Rate Queries

| Titles in Elvis Presley Music catalogue | | Royalty Rate % Paid | | | periods | Client's comments |
|---|---|---|---|---|---|---|
| | | a/c 497 - EPM | total | Cherry Lane/River | | |
| | | % | % | % | | |
| Turn Your Eyes Upon Jesus | Clarke/Lemmel/Presley | no income 2nd half 1999 - 2nd half 2000 | | | | deemed to be in renewal term |
| Turn Your Eyes Upon Jesus | Clarke/Lemmel/Presley | 37.50 | 37.50 | 12.50 | year 2001 onwards | |
| We Can Make The Morning | Ramsey | 37.50 | 37.50 | 12.50 | 2nd half 2004 – 1st half 2005 | title in renewal term should all be at 75% |
| Carlin retains 50% but Chrysalis listing indicates that EPM was assigned 50% of this composition - EPM share controlled should be verified | | | | | | |
| When I'm Over You | Milete | 50.00 | 50.00 | 0.00 | 2nd half 1999 | |
| When I'm Over You | Milete | 75.00 | 75.00 | 0.00 | year 2000 | |
| When I'm Over You | Milete | 56.25 | 56.25 | 18.75 | year 2001 onwards | |
| Where Did They Go Lord | Owens/Frazier | 50.00 | 50.00 | 0.00 | 2nd half 1999 | |
| Where Did They Go Lord | Owens/Frazier | 75.00 | 75.00 | 0.00 | year 2000 | |
| Where Did They Go Lord | Owens/Frazier | 56.25 | 56.25 | 18.75 | year 2001 onwards | |

Note 1 :
most titles in this Exhibit appear to have been paid to Gladys/Presley at 50% in the 2nd half 1999 and the rate was increased to 75% as from the 1st half 2000, and then reduced to 56.25% as from the 1st half 2001 to allow for Cherry Lane's 25% share. This would appear to indicate that according to Carlin Music these works entered the renewal term as of January 1, 2000 although on Carlin's own copyright year list the renewal term started earlier for certain titles (e.g. "Have A Happy" renewal date 1/1/98 but rate was increased to 75% only as from 1/1/2000)

Please note that some titles are still being paid at 50% (or 37.50%) and adjustments have been computed in Schedule 4 based on Client's comments

All rate adjustments on titles which, according to Client's comments, are in their renewal term or are deemed to be, have been included in Schedule 4

Exhibit 2

Julian J. Aberbach and The Promenade Trust
Re: Carlin Music Corporation
Gladys Music and Elvis Presley Music Works with Copyright Year Unknown by Carlin

| TITLE | WRITERS | year registered | renewal date registered 1st January | Royalty Rate % Payable/Paid and Retained | | |
|---|---|---|---|---|---|---|
| | | | | Gladys % | Cherry Lane % | Carlin % |
| **GLADYS MUSIC WORKS as per Carlin's database** | | | | | | |
| BARCAROLLE (TALES OF HOFFMAN) | WAYNE/BARBER/OFFENBACH/SILVER | ? | no income | | undetermined | |
| BLUE HAWAII (MOTION PICTURE) | LILLEY | ? | | 56.25 | 18.75 | 25.00 |
| ANT | BROOKS | ? | | 37.50 | 12.50 | 50.00 |
| ANTIN FOR GRANDMA | SYLVA | ? | | 37.50 | 12.50 | 50.00 |
| DOUCEMENT MAIS SUREMENT (SLOWLY BUT SURELY | WAYNE/WEISMAN | ? | | 56.25 | 18.75 | 25.00 |
| FRANKFURT DANCE | LEVENE | ? | no income | | undetermined | |
| LIL'S CRAWFISH DANCE | BROOKS | ? | no income | | undetermined | |
| PASSION FLOWER | MURTAGH/GARFIELD/BOTKIN JR | ? | no income | | undetermined | |
| PRIMROSE LANE | SHANKLIN/CALLENDER | ? | | | undetermined | |
| SANDS OF TIME | LEIBER/STOLLER | ? | no income | 56.25 | 18.75 | 25.00 |
| SHAVE AND A HAIRCUT ROUTINE | BROOKS/OCURRAN | ? | | 37.50 | 12.50 | 50.00 |
| SHOPPIN' AROUND | SCHROEDER/BENNETT/TEPPER | ? | | 56.25 | 18.75 | 25.00 |
| YEAH! YEAH! YEAH! | LEIBER/STOLLER | ? | | 56.25 | 18.75 | 25.00 |
| YOU DON'T HAVE A WOODEN HEART | TWOMEY/KAEMPFERT/WISE/WEISMAN | ? | | 56.25 | 18.75 | 25.00 |
| **GLADYS MUSIC WORKS as per Client's information** all titles | | | | share pre 1/1/2001 | | |
| | | | | 75.00 | 0.00 | 25.00 |
| | | | | share post 1/1/2001 | | |
| BARCAROLLE (TALES OF HOFFMAN) | WAYNE/BARBER/OFFENBACH/SILVER | 1953 | 1982 | 56.25 | 18.75 | 25.00 |
| BLUE HAWAII (MOTION PICTURE) | LILLEY | ? | as of 1999 | 56.25 | 18.75 | 25.00 |
| CHANT | BROOKS | ? | as of 1999 | 56.25 | 18.75 | 25.00 |
| ANTIN FOR GRANDMA | SYLVA | ? | as of 1999 | 56.25 | 18.75 | 25.00 |
| DOUCEMENT MAIS SUREMENT (SLOWLY BUT SURELY | WAYNE/WEISMAN | ? | as of 1999 | 56.25 | 18.75 | 25.00 |
| FRANKFURT DANCE | LEVENE | ? | as of 1999 | 56.25 | 18.75 | 25.00 |
| LIL'S CRAWFISH DANCE | BROOKS | ? | as of 1999 | 56.25 | 18.75 | 25.00 |
| PASSION FLOWER | MURTAGH/GARFIELD/BOTKIN JR | 1959 | 1988 | 56.25 | 18.75 | 25.00 |
| PRIMROSE LANE | SHANKLIN/CALLENDER | 1958 | 1987 | 56.25 | 18.75 | 25.00 |
| SANDS OF TIME | LEIBER/STOLLER | 1957 | 1986 | 56.25 | 18.75 | 25.00 |
| SHAVE AND A HAIRCUT ROUTINE | BROOKS/OCURRAN | ? | as of 1999 | 56.25 | 18.75 | 25.00 |
| SHOPPIN' AROUND | SCHROEDER/BENNETT/TEPPER | 1957 | 1986 | 56.25 | 18.75 | 25.00 |
| YEAH! YEAH! YEAH! | LEIBER/STOLLER | 1957 | 1986 | 56.25 | 18.75 | 25.00 |
| YOU DON'T HAVE A WOODEN HEART | TWOMEY/KAEMPFERT/WISE/WEISMAN | 1960 | 1989 | 56.25 | 18.75 | 25.00 |

Exhibit 2

Julian J. Aberbach and The Promenade Trust
Re: Carlin Music Corporation
Gladys Music and Elvis Presley Music Works with Copyright Year Unknown by Carlin

| TITLE | WRITERS | year registered | renewal date 1st January | Royalty Rate Presley % | % Payable/Paid and Retained Cherry Lane % | Carlin % |
|---|---|---|---|---|---|---|
| **ELVIS PRESLEY MUSIC WORKS as per Carlin's data base** | | | | | | |
| DON'T DROP IT | FELL | ? | no income | undetermined | | |
| 8 SAILS | PRESLEY | ? | | 37.50 | 12.50 | 50.00 |
| FOUNTAIN OF LOVE | GIANT/LEWIS | ? | | 56.25 | 18.75 | 25.00 |
| HERE COMES TOMORROW | SINGLETON | ? | no income | undetermined | | |
| HEY MEMPHIS | POMUS/SHUMAN | ? | | 37.50 | 12.50 | 50.00 |
| HILLBILLY PARADE | OVERMYER/FITZSIMMONS | ? | no income | undetermined | | |
| I'M A ROUSTABOUT | BLACKWELL/SCOTT | ? | | 56.25 | 18.75 | 25.00 |
| LITTLE EGYPT | LEIBER/STOLLER | ? | | 56.25 | 18.75 | 25.00 |
| NEARER MY GOD TO THEE | PRESLEY/MASON/ADAMS | ? | | 56.25 | 18.75 | 25.00 |
| NIGHTSHIFT | ROUSEY | ? | no income | undetermined | | |
| ON A SNOWY CHRISTMAS NIGHT | GELBER | ? | no income | undetermined | | |
| POT LUCK | POMUS/SHUMAN | ? | no income | undetermined | | |
| PRETTY LITTLE DEVIL | CARTER JR | ? | | 37.50 | 12.50 | 50.00 |
| PRIMITIVE LOVE | REEVES | ? | | 37.50 | 12.50 | 50.00 |
| ROCKIN' AND A ROLLIN' | BILLS | ? | | SEE NOTE | | |
| SEE SEE RIDER | TRADITIONAL/PRESLEY | ? | | 56.25 | 18.75 | 25.00 |
| SURRENDER | DE CURTIS/DE CURTIS/POMUS/SHUMA | ? | | 56.25 | 18.75 | 25.00 |
| TURN YOUR EYES UPON JESUS | PRESLEY/RIMMEL/CLARKE | ? | | 37.50 | 12.50 | 50.00 |
| WHERE DO YOU WANT THE WORLD DELIVER | RALEIGH/WAYNE | ? | no income | undetermined | | |
| BETTER RUN | TRADITIONAL/PRESLEY | ? | no income | undetermined | | |

NOTE : TITLE "ROCKIN' AND ROLLIN'" (not listed in Elvis Presley or Gladys Music catalogues) is shown by Carlin as payable to:

| BIENSTOCK PUBLISHING | 25% |
|---|---|
| JERRY LEIBER MUSIC | 12.5% |
| MIKE STOLLER MUSIC | 12.5% |
| CARLIN RETAINS | 25% |

Exhibit 2

**Julian J. Aberbach and The Promenade Trust**
**Re: Carlin Music Corporation**
**Gladys Music and Elvis Presley Music Works with Copyright Year Unknown by Carlin**

| TITLE | WRITERS | year registered | renewal date 1st January | Royalty Rate % Payable/Paid and Retained | | |
|---|---|---|---|---|---|---|
| | | | | Presley % | Cherry Lane % | Carlin % |
| **ELVIS PRESLEY MUSIC WORKS as per Client's information** | | | | | | |
| all titles | | | | | share pre 1/1/2001   0.00 | 25.00 |
| | | | | 75.00 | share post 1/1/2001 | 25.00 |
| T DROP IT | FELL | 1954 | 1983 | 56.25 | 18.75 | 25.00 |
| ...IS SAILS | PRESLEY | rate applicable from 1958 | | 56.25 | 18.75 | 25.00 |
| FOUNTAIN OF LOVE | GIANT/LEWIS | 1962 | 1991 | 56.25 | 18.75 | 25.00 |
| HERE COMES TOMORROW | SINGLETON | ? | as of 1999 | 56.25 | 18.75 | 25.00 |
| HEY MEMPHIS | POMUS/SHUMAN | 1961 | 1990 | 56.25 | 18.75 | 25.00 |
| HILLBILLY PARADE | OVERMYER/PITZ&SIMMONS | ? | as of 1999 | 56.25 | 18.75 | 25.00 |
| I'M A ROUSTABOUT | BLACKWELL/SCOTT | rate applicable from 2004 | | 56.25 | 18.75 | 25.00 |
| LITTLE EGYPT | LEIBER/STOLLER | 1961 | 1990 | 56.25 | 18.75 | 25.00 |
| NEARER MY GOD TO THEE | PRESLEY/MASON/ADAMS | 1949 | 1988 | 56.25 | 18.75 | 25.00 |
| NIGHTSHIFT | ROUSEY | ? | as of 1999 | 56.25 | 18.75 | 25.00 |
| ON A SNOWY CHRISTMAS NIGHT | GELBER | ? | as of 1999 | 56.25 | 18.75 | 25.00 |
| POT LUCK | POMUS/SHUMAN | 1962 | 1991 | 56.25 | 18.75 | 25.00 |
| PRETTY LITTLE DEVIL | CARTER, JR. | ? | as of 1999 | 56.25 | 18.75 | 25.00 |
| PRIMITIVE LOVE | REEVES | ? | as of 1999 | 56.25 | 18.75 | 25.00 |
| ROCKIN' AND A ROLLIN' | BILLS | ? | as of 1999 | 56.25 | 18.75 | 25.00 |
| SEE SEE RIDER | TRADITIONAL/PRESLEY | ? | as of 1999 | 56.25 | 18.75 | 25.00 |
| SURRENDER | DE CURTIS/DE CURTIS/POMUS/SHUMA | 1960 | 1989 | 56.25 | 18.75 | 25.00 |
| TURN YOUR EYES UPON JESUS | PRESLEY/LEMMEL/CLARKE | ? | as of 1999 | 56.25 | 18.75 | 25.00 |
| W***RE DO YOU WANT THE WORLD DELIVER | RALEIGH/WAYNE | ? | as of 1999 | 56.25 | 18.75 | 25.00 |
| BETTER RUN | TRADITIONAL/PRESLEY | ? | as of 1999 | 56.25 | 18.75 | 25.00 |

Re: Carlin Music

Gladys M    : and Elvis Presley Music Works by Copyright       r

| TITLE | WRITERS | year registered | renewal date 1st January | |
|---|---|---|---|---|
| **GLADYS MUSIC WORKS** | | | | |
| GAZZA AND FRIENDS MEDLEY | VARIOUS WRITERS | 1956 | 1985 | |
| I WANT YOU, I NEED YOU, I LOVE YOU | MYSELS/KOSLOFF | 1956 | 1985 | |
| (LET ME BE YOUR) TEDDY BEAR | LOWE/MANN | 1957 | 1986 | |
| (LET'S HAVE A) PARTY | ROBINSON | 1957 | 1986 | |
| (YOU'RE SO SQUARE) BABY DON'T CARE | LEIBER/STOLLER | 1957 | 1986 | |
| DANCING ON A DARE | THOMAS/WISE | 1957 | 1986 | |
| FABULOUS | LOWE/MANN | 1957 | 1986 | |
| JAILHOUSE ROCK | LEIBER/STOLLER | 1957 | 1986 | |
| JE T'AIME MON TEDDY BEAR | GAINSBOURG/LOWE/MANN | 1957 | 1986 | |
| LONESOME COWBOY | BENNETT/TEPPER | 1957 | 1986 | |
| MEAN WOMAN BLUES | DE METRUIS | 1957 | 1986 | |
| ONE MORE DAY | BENNETT/TEPPER | 1957 | 1986 | |
| SANTA BRING MY BABY BACK (TO ME) | DE METRUIS/SCHROEDER | 1957 | 1986 | |
| BANANA | BENNETT/TEPPER | 1958 | 1987 | |
| BOTTOM OF THE BARREL | BENNETT/TEPPER | 1958 | 1987 | |
| DIXIELAND ROCK | FRANK/SCHROEDER | 1958 | 1987 | |
| HARD HEADED WOMAN | DE METRUIS | 1958 | 1987 | |
| I GOT STUNG | HILL/SCHROEDER | 1958 | 1987 | |
| LOVER DOLL | WAYNE/SILVER | 1958 | 1987 | |
| NEW ORLEANS | BENNETT/TEPPER | 1958 | 1987 | |
| TROUBLE | LEIBER/STOLLER | 1958 | 1987 | |
| I GOTTA KNOW | WILLIAMS/EVANS | 1959 | 1988 | |
| I NEED YOUR LOVE TONIGHT | WAYNE/REICHNER | 1959 | 1988 | |
| ORNING PAPERS, THE | TEPPER/BENNETT | 1959 | 1988 | |
| BIG BOOTS | WAYNE/EDWARDS | 1960 | 1989 | |
| DIDJ'A EVER | WAYNE/EDWARDS | - 1960 | 1989 | |
| FAME AND FORTUNE | WISE/WEISMAN | 1960 | 1989 | |
| FRANKFORT SPECIAL | WAYNE/EDWARDS | 1960 | 1989 | |
| G I BLUES    (MOTION PICTURE) | LILLEY | 1960 | 1989 | |
| G.I. BLUES | BENNETT/TEPPER | 1960 | 1989 | |
| IT'S NOW OR NEVER | SCHROEDER/DI CAPUA/GOLD | 1960 | 1989 | |
| LULLABY FOR LOVERS | KAEMPFERT | 1960 | 1989 | |
| POCKETFUL OF RAINBOWS | WISE/WEISMAN | 1960 | 1989 | |
| STUCK ON YOU | SCHROEDER/MCFARLAND | 1960 | 1989 | |
| TONIGHT IS SO RIGHT FOR LOVE | WAYNE/SILVER | 1960 | 1989 | |
| WHAT'S SHE REALLY LIKE | WAYNE/SILVER | 1960 | 1989 | |
| WILD IN THE COUNTRY | PERETTI/CREATORE/WEISS | 1960 | 1989 | |
| WOODEN HEART | TWOMEY/KAEMPFERT/WISE/WEISM | 1960 | 1989 | |
| A CANE AND A HIGH STARCH COLLAR | BENNETT/TEPPER | 1961 | 1990 | |
| ALMOST ALWAYS TRUE | WISE/WEISMAN | 1961 | 1990 | |
| BEACH BOY BLUES | BENNETT/TEPPER | 1961 | 1990 | |
| CAN'T HELP FALLING IN LOVE | WEISS/PERETTI/CREATORE | 1961 | 1990 | |
| FLAMING STAR | WAYNE/EDWARDS | 1961 | 1990 | |
| GIVE ME THE RIGHT | WISE/BLAGMAN | 1961 | 1990 | |
| HAWAIIAN SUNSET | BENNETT/TEPPER | 1961 | 1990 | |
| I SLIPPED I STUMBLED I FELL | WISE/WEISMAN | 1961 | 1990 | |
| I'M YOURS | ROBERTSON/BLAIR | 1961 | 1990 | |

Re: Carlin Music

Gladys M___ and Elvis Presley Music Works by Copyright ___

| TITLE | WRITERS | year registered | renewal date 1st January |
|---|---|---|---|
| **GLADYS MUSIC WORKS continued** | | | |
| IN MY WAY | WISE/WEISMAN | 1961 | 1990 |
| IN YOUR ARMS | GOLD/SCHROEDER | 1961 | 1990 |
| ISLAND OF LOVE | BENNETT/TEPPER | 1961 | 1990 |
| IT WON'T BE ME | WISE/WEISMAN | 1961 | 1990 |
| KU-U-I-PO | WEISS/PERETTI/CREATORE | 1961 | 1990 |
| LONELY MAN | BENJAMIN/MARCUS | 1961 | 1990 |
| NO MORE | ROBERTSON/BLAIR | 1961 | 1990 |
| PUT THE BLAME ON ME | TWOMEY/BLAGMAN/WISE | 1961 | 1990 |
| REAL GOOD LOOKING BOY | WEISS/CREATORE/PERETTI/TOWNSH | 1961 | 1990 |
| ROCK-A-HULA BABY | FULLER/WISE/WEISMAN | 1961 | 1990 |
| SLICIN' SAND | BENNETT/TEPPER | 1961 | 1990 |
| STARTING TODAY | ROBERTSON | 1961 | 1990 |
| SUMMER KISSES, WINTER TEARS | LLOYD/WISE/WEISMAN | 1961 | 1990 |
| THERE'S ALWAYS ME | ROBERTSON | 1961 | 1990 |
| A BOY LIKE ME, A GIRL LIKE YOU | BENNETT/TEPPER | 1962 | 1991 |
| A WHISTLIN' TUNE | EDWARDS/DAVID | 1962 | 1991 |
| ANGEL | BENNETT/TEPPER | 1962 | 1991 |
| ANYTHING THAT'S PART OF YOU | ROBERTSON | 1962 | 1991 |
| EARTH BOY | BENNETT/TEPPER | 1962 | 1991 |
| FOLLOW THAT DREAM | WISE/WEISMAN | 1962 | 1991 |
| FOR THE MILLIONTH AND THE LAST TIME | BENNETT/TEPPER | 1962 | 1991 |
| GOOD LUCK CHARM | GOLD/SCHROEDER | 1962 | 1991 |
| HOME IS WHERE THE HEART IS | EDWARDS/DAVID | 1962 | 1991 |
| DON'T WANT TO | TORRE/SPIELMAN | 1962 | 1991 |
| I GOT LUCKY | FULLER/WISE/WEISMAN | 1962 | 1991 |
| I MET HER TODAY | ROBERTSON/BLAIR | 1962 | 1991 |
| I'M NOT THE MARRYING KIND | EDWARDS/DAVID | 1962 | 1991 |
| JUST FOR OLD TIME'S SAKE | BENNETT/TEPPER | 1962 | 1991 |
| MAMA | BROOKS/O'CURRAN | 1962 | 1991 |
| NEVER-ENDING | KAYE/SPRINGER | 1962 | 1991 |
| RIDIN' THE RAINBOW | WISE/WEISMAN | 1962 | 1991 |
| SONG OF THE SHRIMP | BENNETT/TEPPER | 1962 | 1991 |
| STEPPIN' OUT OF LINE | FULLER/WISE/WEISMAN | 1962 | 1991 |
| THE WALLS HAVE EARS | BENNETT/TEPPER | 1962 | 1991 |
| THIS IS LIVING | WISE/WEISMAN | 1962 | 1991 |
| WE'LL BE TOGETHER | O'CURRAN/BROOKS | 1962 | 1991 |
| WE'LL GET TOGETHER | O'CURRAN/BROOKS | 1962 | 1991 |
| WHAT A WONDERFUL LIFE | WAYNE/LIVINGSTON | 1962 | 1991 |
| (THERE'S) NO ROOM TO RHUMBA (IN A SPORTS | MANNING/WISE | 1963 | 1992 |
| BEYOND THE BEND | EDWARDS/WAYNE | 1963 | 1992 |
| FUN IN ACAPULCO | WAYNE/WEISMAN | 1963 | 1992 |
| FUN IN ACAPULCO    (MOTION PICTURE) | VARIOUS WRITERS | 1963 | 1992 |
| HAPPY ENDING | WAYNE/WEISMAN | 1963 | 1992 |
| I THINK I'M GONNA LIKE IT HERE | ROBERTSON/BLAIR | 1963 | 1992 |
| I'M FALLING IN LOVE TONIGHT | ROBERTSON | 1963 | 1992 |
| LOVE ME TONIGHT | ROBERTSON | 1963 | 1992 |
| MARGUERITA | ROBERTSON | 1963 | 1992 |

Re: Carlin Music

Gladys Music and Elvis Presley Music Works by Copyright

| TITLE | WRITERS | year registered | renewal date 1st January |
|---|---|---|---|
| **GLADYS MUSIC WORKS continued** | | | |
| MEXICO | BENNETT/TEPPER | 1963 | 1992 |
| RELAX | BENNETT/TEPPER | 1963 | 1992 |
| SLOWLY BUT SURELY | WAYNE/WEISMAN | 1963 | 1992 |
| TAKE ME TO THE FAIR | BENNETT/TEPPER | 1963 | 1992 |
| THE BULLFIGHTER WAS A LADY | BENNETT/TEPPER | 1963 | 1992 |
| THEY REMIND ME TOO MUCH OF YOU | ROBERTSON | 1963 | 1992 |
| TURTLES, BERRIES AND GUMBO | WOOD/TWOMEY | 1963 | 1992 |
| VINO, DINERO Y AMOR | BENNETT/TEPPER | 1963 | 1992 |
| WHAT NOW, WHAT NEXT, WHERE TO | ROBERTSON/BLAIR | 1963 | 1992 |
| ANYONE   (COULD FALL IN LOVE WITH YOU) | DE JESUS/BENJAMIN/MARCUS | 1964 | 1993 |
| BAREFOOT BALLAD | FULLER/MORRIS | 1964 | 1993 |
| BIG LOVE, BIG HEARTACHE | FULLER/HENDRIX/MORRIS | 1964 | 1993 |
| CARNY TOWN | STARR/WISE | 1964 | 1993 |
| IT'S A WONDERFUL WORLD | BENNETT/TEPPER | 1964 | 1993 |
| IT'S CARNIVAL TIME | WAYNE/WEISMAN | 1964 | 1993 |
| KISSIN COUSINS | STARR/WISE | 1964 | 1993 |
| LADY LOVES ME, THE | BENNETT/TEPPER | 1964 | 1993 |
| ONCE IS ENOUGH | BENNETT/TEPPER | 1964 | 1993 |
| PAPPY, WON'T YOU PLEASE COME HOME | BENNETT/TEPPER | 1964 | 1993 |
| VIVA LAS VEGAS | POMUS/SHUMAN | 1964 | 1993 |
| WHEELS ON MY HEELS | BENNETT/TEPPER | 1964 | 1993 |
| YELLOW ROSE OF TEXAS | STARR/WISE | 1964 | 1993 |
| BLUE RIVER | EVANS/TOBIAS | 1965 | 1994 |
| 'ROSS MY HEART AND HOPE TO DIE | WAYNE/WEISMAN | 1965 | 1994 |
| DO THE CLAM | WAYNE/FULLER/WEISMAN | 1965 | 1994 |
| FORGET ME NEVER | WISE/WEISMAN | 1965 | 1994 |
| FORT LAUDERDALE CHAMBER OF COMMERCE | BENNETT/TEPPER | 1965 | 1994 |
| I'VE GOT NEWS FOR YOU | STARR/WISE | 1965 | 1994 |
| KISMET | BENNETT/TEPPER | 1965 | 1994 |
| MY DESERT SERENADE | GELBER | 1965 | 1994 |
| PUPPET ON A STRING | BENNETT/TEPPER | 1965 | 1994 |
| ADAM AND EVIL | STARR/WISE | 1966 | 1995 |
| ALL THAT I AM | BENNETT/TEPPER | 1966 | 1995 |
| AM I READY | BENNETT/TEPPER | 1966 | 1995 |
| AN OLD ITALIAN LOVE SONG | HARRISON/SOSNICK/KEITHLEY/HIRS | 1966 | 1995 |
| BEGINNER'S LUCK | BENNETT/TEPPER | 1966 | 1995 |
| BLUE IN THE BLACK OF THE NIGHT | CAPANO/WELLEIN/MERLAND/PANC | 1966 | 1995 |
| BOOK OF HAPPINESS | HOSEY/GORDON | 1966 | 1995 |
| BROOKLYN | KENNY/SEGAL/SILVER | 1966 | 1995 |
| CHESAY | KARGER/WAYNE/WEISMAN | 1966 | 1995 |
| COME ALONG | HESS | 1966 | 1995 |
| DATIN' | STARR/WISE | 1966 | 1995 |
| DOG'S LIFE, A | WAYNE/WEISMAN | 1966 | 1995 |
| DRUMS OF THE ISLANDS | CENTER/BENNETT/TEPPER | 1966 | 1995 |
| FRANKIE AND JOHNNY | GOTTLIEB/KARGER/WEISMAN | 1966 | 1995 |
| HARD LUCK | WAYNE/WEISMAN | 1966 | 1995 |
| HITLER'S FUNERAL MARCH | SILVER/KENNY/KENNY | 1966 | 1995 |

Re: Carlin Music
Gladys M    : and Elvis Presley Music Works by Copyright    :

| TITLE | WRITERS | year registered | renewal date 1st January |
|---|---|---|---|
| **GLADYS MUSIC WORKS continued** | | | |
| I'LL BE BACK | WAYNE/WEISMAN | 1966 | 1995 |
| I'LL FIND YOU | PANCOAST/EDWARDS/CAPANO/MER | 1966 | 1995 |
| MON ADORE | FREEMAN/CAPANO/BORSELLI | 1966 | 1995 |
| NIECES AND NEPHEWS OF UNCLE SAM | SCHROEDER/PAUL | 1966 | 1995 |
| OH! OH! OH! SUSIE | KENNY/MILTON/SILVER | 1966 | 1995 |
| PETUNIA, THE GARDENER'S DAUGHTER | BENNETT/TEPPER | 1966 | 1995 |
| SAND CASTLES | GOLDBERG/HESS | 1966 | 1995 |
| SMORGASBORD | BENNETT/TEPPER | 1966 | 1995 |
| SPINOUT | WAYNE/FULLER/WEISMAN | 1966 | 1995 |
| TEARS ON MY PILLOW | LEWIS/BRADFORD | 1966 | 1995 |
| CASANOVA BROWN | SILVER/KENNY/KENNY | 1967 | 1996 |
| CLAMBAKE | WAYNE/WEISMAN | 1967 | 1996 |
| CONFIDENCE | BENNETT/TEPPER | 1967 | 1996 |
| COULD I FALL IN LOVE | STARR | 1967 | 1996 |
| EASY COME, EASY GO | WAYNE/WEISMAN | 1967 | 1996 |
| ENCHANTING | HIMBER/WILLIAM/GAMSI | 1967 | 1996 |
| GIRL I NEVER LOVED, THE | STARR | 1967 | 1996 |
| GOOD LUCK TO YOU | TAUB/RICH/SEYMOUR | 1967 | 1996 |
| GREEN GREEN HILLS OF HOME | SILVER/KENNY/KENNY | 1967 | 1996 |
| HOUSE THAT HAS EVERYTHING, A | BENNETT/TEPPER | 1967 | 1996 |
| I LOVE ONLY ONE GIRL | BENNETT/TEPPER | 1967 | 1996 |
| I'LL TOUCH A STAR | FULLER/WISE/WEISMAN | 1967 | 1996 |
| IT WON'T BE LONG | WAYNE/WEISMAN | 1967 | 1996 |
| 'O EATS | BENNETT/TEPPER | 1967 | 1996 |
| LET'S STAND BEHIND GREAT BRITAIN | SILVER/CURTIS | 1967 | 1996 |
| NICKNAMES | KENT/HOFFMAN/KURTZ | 1967 | 1996 |
| OLD MACDONALD | STARR | 1967 | 1996 |
| THERE'S A RAY OF SUNSHINE   (JUST A CLO | SILVER/KENNY/KENNY | 1967 | 1996 |
| THERE'S SO MUCH WORLD TO SEE | WAYNE/WEISMAN | 1967 | 1996 |
| VIOLINS WERE PLAYING | SILVER/KENNY/KENNY | 1967 | 1996 |
| WHILE WE'RE DANCING | BENJAMIN/MARCUS | 1967 | 1996 |
| WHO NEEDS MONEY? | STARR | 1967 | 1996 |
| A LITTLE LESS CONVERSATION | STRANGE/DAVIS | 1968 | 1997 |
| ALMOST IN LOVE | STARR/BONFA | 1968 | 1997 |
| BRIGHT NEW WORLD OF TOMORROW, THE | ROBERTSON/BLAIR | 1968 | 1997 |
| COME ABOARD | KARGER | 1968 | 1997 |
| DOMINIC | WAYNE/WEISMAN | 1968 | 1997 |
| FIVE SLEEPYHEADS | BENNETT/TEPPER | 1968 | 1997 |
| HE'S YOUR UNCLE NOT YOUR DAD | WAYNE/WEISMAN | 1968 | 1997 |
| HOW CAN YOU LOSE   (WHAT YOU NEVER HAI | WAYNE/WEISMAN | 1968 | 1997 |
| IF I CAN DREAM | BROWN | 1968 | 1997 |
| LOOK OUT, BROADWAY! | STARR/WISE | 1968 | 1997 |
| MEMORIES | STRANGE/DAVIS | 1968 | 1997 |
| MINE | BENNETT/TEPPER | 1968 | 1997 |
| MR. NOBODY | BENNETT/TEPPER | 1968 | 1997 |
| SPEEDWAY | GLAZER/SCHLAKS | 1968 | 1997 |
| STAY AWAY | BENNETT/TEPPER | 1968 | 1997 |

Jilan J. Aberbach and The Promenade Trust — Exhibit 3
Re: Carlin Music
Gladys Music and Elvis Presley Music Works by Copyright Year

| TITLE | WRITERS | year registered | renewal date 1st January | |
|---|---|---|---|---|
| | | | | |
| GLADYS MUSIC WORKS continued | | | | |
| | | | | |
| STAY AWAY, JOE | WAYNE/WEISMAN | 1968 | 1997 | |
| SUPPOSE | GOEHRING/DEE | 1968 | 1997 | |
| WE CALL ON HIM | KARGER/WAYNE/WEISMAN | 1968 | 1997 | |
| WESTERN UNION | BENNETT/TEPPER | 1968 | 1997 | |
| WHO ARE YOU?   (WHO AM I?) | WAYNE/WEISMAN | 1968 | 1997 | |
| YOUR GROOVY SELF | HAZLEWOOD | 1968 | 1997 | |
| ARABIC FIELD | GOLDENBURG | 1969 | 1998 | |
| CALLIOPE CARNIVAL | GOLDENBURG | 1969 | 1998 | |
| CHANGE OF HABIT | WEISMAN/KAYE | 1969 | 1998 | |
| CHARRO | STRANGE/DAVIS | 1969 | 1998 | |
| CHAUTAUQUA MARCH | WEISMAN/KAYE | 1969 | 1998 | |
| GUITAR ROAD | GOLDENBURG | 1969 | 1998 | |
| HAVE A HAPPY | FULLER/WEISMAN/KAYE | 1969 | 1998 | |
| I FOUND THAT LIGHT | BROWN | 1969 | 1998 | |
| LET US PRAY | WEISMAN/KAYE | 1969 | 1998 | |
| NOTHINGVILLE | STRANGE/DAVIS | 1969 | 1998 | |
| PREACH FOR THE SKY | WOLFE | 1969 | 1998 | |
| SIGNS OF THE ZODIAC | WEISMAN/KAYE | 1969 | 1998 | |
| SOMETIMES I FEEL LIKE A MOTHERLESS CHILD | BROWN/FREEMAN | 1969 | 1998 | |
| SOUL SUPPORT | WOLFE | 1969 | 1998 | |
| UP ABOVE MY HEAD | BROWN | 1969 | 1998 | |
| YES YES | BROWN | 1969 | 1998 | |
| ALMOST | WEISMAN/KAYE | 1970 | 1999 | |
| KING CREOLE   (BACKGROUND SCORE) | SCHARF | 1970 | 1999 | |
| NEXT STEP IS LOVE, THE | EVANS/PARNES | 1970 | 1999 | |
| CINDY CINDY | FULLER/WEISMAN/KAYE | 1971 | 2000 | |
| DID YOU DARLING | REEVES | 1971 | 2000 | |
| HILLBILLY WALTZ | REEVES | 1971 | 2000 | |
| I'LL ALWAYS LOVE YOU | REEVES | 1971 | 2000 | |
| I'LL NEVER KNOW | KARGER/WAYNE/WEISMAN | 1971 | 2000 | |
| I'LL TELL THE WORLD I LOVE YOU | REEVES | 1971 | 2000 | |
| ILLUSIONS | MERL/PANCOAST/CAPANO | 1971 | 2000 | |
| NEVER TAKE NO FOR AN ANSWER | REEVES/CUTRER | 1971 | 2000 | |
| PLEASE LEAVE MY DARLING ALONE | REEVES | 1971 | 2000 | |
| SPANISH VIOLINS | REEVES | 1971 | 2000 | |
| WAGON LOAD OF LOVE | REEVES | 1971 | 2000 | |
| YOU'RE THE SWEETEST THING | REEVES | 1971 | 2000 | |
| FOOL | LAST/SIGMAN | 1973 | 2002 | |
| I'LL TAKE YOU HOME AGAIN KATHLEEN | WESTENDORF/PRESLEY | 1975 | 2004 | |
| IT'S STILL HERE | HUNTER | 1975 | 2004 | |
| (Client advised that the copyright date for "It's Still Here" was 1973 and renewal date was therefore 2002) | | | | |
| (However, Carlin applied correct rate of 75% as from 1st half 2002 - note this copyright is split 50/50 with EPM) | | | | |
| ALL I NEEDED WAS THE RAIN | WAYNE/WEISMAN | 1978 | 2007 | |
| (Client advised that the copyright date for "All I Needed Was The Rain" was 1968 and renewal date was therefore 1997) | | | | |
| (However, Carlin applied correct rate of 75% already in 2nd half 1999 and subsequent periods) | | | | |
| BRITCHES | WAYNE/EDWARDS | 1978 | 2007 | |

Page 5 of 10

Julian J. Aberbach and The Promenade Trust                    Exhibit 3
Re: Carlin Music
Gladys Music and Elvis Presley Music Works by Copyright Year

| TITLE | WRITERS | year registered | renewal date 1st January | |
|---|---|---|---|---|
| **ELVIS PRESLEY MUSIC WORKS** | | | | |
| HOW DO YOU THINK I FEEL | WALKER/PIERCE | 1954 | 1983 | |
| DON'T BE CRUEL (TO A HEART THAT'S | PRESLEY/BLACKWELL | 1956 | 1985 | |
| LOVE ME TENDER | PRESLEY/MATSON | 1956 | 1985 | |
| LOVE ME TENDER      (MOTION PICTURE | VARIOUS WRITERS | 1956 | 1985 | |
| MY BABY LEFT ME | CRUDUP | 1956 | 1985 | |
| PARALYZED | PRESLEY/BLACKWELL | 1956 | 1985 | |
| POOR BOY | PRESLEY/MATSON | 1956 | 1985 | |
| SO GLAD YOU'RE MINE | CRUDUP | 1956 | 1985 | |
| TOO MUCH | ROSENBERG/WEINMAN | 1956 | 1985 | |
| ANY PLACE IS PARADISE | THOMAS | 1956 | 1985 | |
| GAZZA AND FRIENDS MEDLEY | VARIOUS WRITERS | 1956 | 1985 | |
| LAWDY MISS CLAWDY | PRICE | 1956 | 1985 | |
| READY TEDDY | BLACKWELL/MARASCALCO | 1956 | 1985 | |
| WE'RE GONNA MOVE | PRESLEY/MATSON | 1956 | 1985 | |
| BLUES FOR ME | LEIBER/STOLLER | 1957 | 1986 | |
| DONT | LEIBER/STOLLER | 1957 | 1986 | |
| HOT DOG | LEIBER/STOLLER | 1957 | 1986 | |
| I BEG OF YOU | OWENS/MCCOY | 1957 | 1986 | |
| I WANT TO BE FREE | LEIBER/STOLLER | 1957 | 1986 | |
| LET ME | PRESLEY/MATSON | 1957 | 1986 | |
| LOVING YOU | LEIBER/STOLLER | 1957 | 1986 | |
| SANTA CLAUS IS BACK IN TOWN | LEIBER/STOLLER | 1957 | 1986 | |
| TREAT ME NICE | LEIBER/STOLLER | 1957 | ~ 1986 | |
| WILL YOU LOVE ME STILL | LEIBER/STOLLER | 1957 | 1986 | |
| ALL SHOOK UP | PRESLEY/BLACKWELL | 1957 | 1986 | |
| PART-TIME GAL | LAND/SHELDON | 1957 | 1986 | |
| SWING THE MOOD | VARIOUS WRITERS | 1957 | 1986 | |
| THE SPACE JUNGLE | PRESLEY/TINLEY/BLACKWELL | 1957 | 1986 | |
| DONCHA' THINK IT'S TIME | OTIS/DIXON | 1958 | 1987 | |
| KING CREOLE | LEIBER/STOLLER | 1958 | 1987 | |
| STEADFAST, LOYAL AND TRUE | LEIBER/STOLLER | 1958 | 1987 | |
| WEAR MY RING AROUND YOUR NECK | MOODY/CARROLL | 1958 | 1987 | |
| A MESS OF BLUES | POMUS/SHUMAN | 1958 | 1987 | |
| LUST | LIVINGSTON/BURRELL/DENVER/OTI | 1958 | 1987 | |
| A BIG HUNK O' LOVE | WYCHE/SCHROEDER | 1959 | 1988 | |
| THE GIRL OF MY BEST FRIEND | ROSS/BOBRICK | 1959 | 1988 | |
| DIRTY DIRTY FEELIN' | LEIBER/STOLLER | 1960 | 1989 | |
| DOIN' THE BEST I CAN | POMUS/SHUMAN | 1960 | 1989 | |
| GIRL NEXT DOOR (WENT A WALKIN') | WAYNE/RICE | 1960 | 1989 | |
| JOSHUA FIT THE BATTLE | PRESLEY | 1960 | 1989 | |
| MAKE ME KNOW IT | BLACKWELL | 1960 | 1989 | |
| MILKY WHITE WAY | PRESLEY | 1960 | 1989 | |
| SWING DOWN SWEET CHARIOT | PRESLEY | 1960 | 1989 | |
| I'M COMIN' HOME | RICH | 1960 | 1989 | |
| (MARIE'S THE NAME OF) HIS LATEST FL | POMUS/SHUMAN | 1961 | 1990 | |
| GENTLY | WIZELL/LISBONA | 1961 | 1990 | |

Julian J. Aberbach and The Promenade Trust
Re: Carlin Music
Gladys Music and Elvis Presley Music Works by Copyright Year

Exhibit 3

| TITLE | WRITERS | year registered | renewal date 1st January |
|-------|---------|-----------------|--------------------------|
| **ELVIS PRESLEY MUSIC WORKS continued** | | | |
| KISS ME QUICK | POMUS/SHUMAN | 1961 | 1990 |
| LITTLE SISTER | POMUS/SHUMAN | 1961 | 1990 |
| BECAUSE OF LOVE | ROBERTS/BATCHELOR | 1962 | 1991 |
| BOSSA NOVA, BABY | LEIBER/STOLLER | 1962 | 1991 |
| CLIMB, THE | LEIBER/STOLLER | 1962 | 1991 |
| ECSTASY | SPECTOR/POMUS | 1962 | 1991 |
| GIRLS, GIRLS, GIRLS | LEIBER/STOLLER | 1962 | 1991 |
| GONNA GET BACK HOME SOMEHOW | POMUS/SHUMAN | 1962 | 1991 |
| GONNA GET SOME RECORDS | BATCHELOR/WESTLAKE | 1962 | 1991 |
| I DON'T WANNA BE TIED | BAUM/GIANT/KAYE | 1962 | 1991 |
| I FEEL THAT I'VE KNOWN YOU FOREVER | POMUS/JEFFREYS | 1962 | 1991 |
| JUST TELL HER JIM SAID HELLO | LEIBER/STOLLER | 1962 | 1991 |
| KING OF THE WHOLE WIDE WORLD | ROBERTS/BATCHELOR | 1962 | 1991 |
| NIGHT RIDER | POMUS/SHUMAN | 1962 | 1991 |
| RETURN TO SENDER | BLACKWELL/SCOTT | 1962 | 1991 |
| SHE'S NOT YOU | LEIBER/STOLLER/POMUS | 1962 | 1991 |
| SOUND ADVICE | BAUM/GIANT/KAYE | 1962 | 1991 |
| SUSPICION | POMUS/SHUMAN | 1962 | 1991 |
| THANKS TO THE ROLLING SEA | ROBERTS/BATCHELOR | 1962 | 1991 |
| THAT'S SOMEONE YOU NEVER FORGET | WEST/PRESLEY | 1962 | 1991 |
| WE'RE COMING IN LOADED | BLACKWELL/SCOTT | 1962 | 1991 |
| WHERE DO YOU COME FROM | ROBERTS/BATCHELOR | 1962 | 1991 |
| (SUCH AN) EASY QUESTION | BLACKWELL/SCOTT | 1962 | 1991 |
| (YOU'RE THE) DEVIL IN DISGUISE | BAUM/GIANT/KAYE | 1963 | 1992 |
| COTTON CANDY LAND | ROBERTS/BATCHELOR | 1963 | 1992 |
| ECHOES OF LOVE | MCMAINS/ROBERTS | 1963 | 1992 |
| EL TORO | BAUM/GIANT/KAYE | 1963 | 1992 |
| FINDERS KEEPERS, LOSERS WEEPERS | JONES/JONES | 1963 | 1992 |
| HOW WOULD YOU LIKE TO BE | BARKAN/RALEIGH | 1963 | 1992 |
| IT HURTS ME | BYERS/DANIELS | 1963 | 1992 |
| ONE BROKEN HEART FOR SALE | BLACKWELL/SCOTT | 1963 | 1992 |
| PLEASE DON'T DRAG THAT STRING AROUND | BLACKWELL/SCOTT | 1963 | 1992 |
| A WORLD OF OUR OWN | BAUM/GIANT/KAYE | 1963 | 1992 |
| YOU CAN'T SAY NO IN ACAPULCO | FULLER/MORRIS/FELLER | 1963 | 1992 |
| AIN'T THAT LOVING YOU BABY | HUNTER/OTIS | 1964 | 1993 |
| APPRECIATION | WAYNE/MOORE | 1964 | 1993 |
| CATCHIN' ON FAST | BAUM/GIANT/KAYE | 1964 | 1993 |
| C'MON EVERYBODY | BYERS | 1964 | 1993 |
| HARD KNOCKS | BYERS | 1964 | 1993 |
| I NEED SOMEBODY TO LEAN ON | POMUS/SHUMAN | 1964 | 1993 |
| IF YOU THINK I DON'T NEED YOU | COOPER/WEST | 1964 | 1993 |
| KISSIN' COUSINS (NO 2) | BAUM/GIANT/KAYE | 1964 | 1993 |
| MY RIVAL | WAYNE/MOORE | 1964 | 1993 |
| NIGHT LIFE | BAUM/GIANT/KAYE | 1964 | 1993 |
| ONE BOY TWO LITTLE GIRLS | BAUM/GIANT/KAYE | 1964 | 1993 |
| ONE TRACK HEART | BAUM/GIANT/KAYE | 1964 | 1993 |

Jian J. Aberbach and The Promenade Trust      Exhibit 3
Re: Carlin Music
Gladys Music and Elvis Presley Music Works by Copyright Year

| TITLE | WRITERS | year registered | renewal date 1st January |
|---|---|---|---|
| **ELVIS PRESLEY MUSIC WORKS continued** | | | |
| POISON IVY LEAGUE | BAUM/GIANT/KAYE | 1964 | 1993 |
| ROUSTABOUT | BAUM/GIANT/KAYE | 1964 | 1993 |
| SILENT NIGHT | PRESLEY | 1964 | 1993 |
| SMOKEY MOUNTAIN BOY | ROSENBLATT/MILLROSE | 1964 | 1993 |
| STOP, LOOK, LISTEN | BYERS | 1964 | 1993 |
| TENDER FEELING | BAUM/GIANT/KAYE | 1964 | 1993 |
| THE MEANEST GIRL IN TOWN | BYERS | 1964 | 1993 |
| THERE'S A BRAND NEW DAY ON THE HORI | BYERS | 1964 | 1993 |
| THERE'S GOLD IN THE MOUNTAINS | BAUM/GIANT/KAYE | 1964 | 1993 |
| TODAY, TOMORROW AND FOREVER | BAUM/GIANT/KAYE | 1964 | 1993 |
| (IT'S A) LONG, LONELY HIGHWAY | POMUS/SHUMAN | 1964 | 1993 |
| O LITTLE TOWN OF BETHLEHEM | PRESLEY | 1965 | 1994 |
| ALOHA OE | PRESLEY/LILIUOKALANI | 1965 | 1994 |
| ANIMAL INSTINCT | BAUM/GIANT/KAYE | 1965 | 1994 |
| DO NOT DISTURB | BAUM/GIANT/KAYE | 1965 | 1994 |
| GOLDEN COINS | BAUM/GIANT/KAYE | 1965 | 1994 |
| HAREM HOLIDAY | CRANE/ANDREOLI/PONCIA | 1965 | 1994 |
| HEY LITTLE GIRL | BYERS | 1965 | 1994 |
| I'VE GOT TO FIND MY BABY | BYERS | 1965 | 1994 |
| MONEY HONEY | STONE | 1965 | 1994 |
| SANTA LUCIA | PRESLEY | 1965 | 1994 |
| SHAKE THAT TAMBOURINE | BAUM/GIANT/KAYE | 1965 | 1994 |
| SO CLOSE, YET SO FAR | BYERS | 1965 | 1994 |
| SPRING FEVER | BAUM/GIANT/KAYE | 1965 | 1994 |
| STARTIN' TONIGHT | ROSENBLATT/MILLROSE | 1965 | 1994 |
| WISDOM OF THE AGES | BAUM/GIANT/KAYE | 1965 | 1994 |
| WOLF CALL | BAUM/GIANT/KAYE | 1965 | 1994 |
| GIRL HAPPY | POMUS/SHUMAN | 1965 | 1994 |
| GO EAST, YOUNG MAN | BAUM/GIANT/KAYE | 1965 | 1994 |
| MIRAGE | BAUM/GIANT/KAYE | 1965 | 1994 |
| YOU'LL BE GONE | PRESLEY/WEST/HODGE | 1965 | 1994 |
| BEACH SHACK | BAUM/GIANT/KAYE | 1966 | 1995 |
| DOWN BY THE RIVERSIDE | BAUM/GIANT/KAYE | 1966 | 1995 |
| EVERYBODY COME ABOARD | BAUM/GIANT/KAYE | 1966 | 1995 |
| HOUSE OF SAND | POMUS/SHUMAN | 1966 | 1995 |
| NEVER SAY YES | BAUM/GIANT/KAYE | 1966 | 1995 |
| PARADISE, HAWAIIAN STYLE | BYERS | 1966 | 1995 |
| PLEASE DON'T STOP LOVING ME | BAUM/GIANT/KAYE | 1966 | 1995 |
| QUEENIE WAHINE'S PAPAYA | BAUM/GIANT/KAYE | 1966 | 1995 |
| SCRATCH MY BACK (THEN I'LL | BAUM/GIANT/KAYE | 1966 | 1995 |
| SHOUT IT OUT | BAUM/GIANT/KAYE | 1966 | 1995 |
| STOP WHERE YOU ARE | BAUM/GIANT/KAYE | 1966 | 1995 |
| THIS IS MY HEAVEN | POMUS/SHUMAN | 1966 | 1995 |
| WHAT EVERY WOMAN LIVES FOR | BAUM/GIANT/KAYE | 1966 | 1995 |
| WHEN THE SAINTS GO MARCHING IN | BYERS | 1967 | 1996 |
| BABY IF YOU'LL GIVE ME ALL OF YOUR | | | |

...ian J. Aberbach and The Promenade Trust                    Exhibit 3
Re: Carlin Music
Gladys Music and Elvis Presley Music Works by Copyright Year

| TITLE | WRITERS | year registered | renewal date 1st January |
|---|---|---|---|
| **ELVIS PRESLEY MUSIC WORKS continued** | | | |
| BY AND BY | PRESLEY | 1967 | 1996 |
| CITY BY NIGHT | BAUM/GIANT/KAYE | 1967 | 1996 |
| DOUBLE TROUBLE | POMUS/SHUMAN | 1967 | 1996 |
| FARTHER ALONG | PRESLEY | 1967 | 1996 |
| HEY, HEY, HEY | BYERS | 1967 | 1996 |
| I'LL TAKE LOVE | FULLER/BARKAN | 1967 | 1996 |
| INDESCRIBABLY BLUE | GLENN | 1967 | 1996 |
| LONG LEGGED GIRL (WITH THE SHORT | MCFARLAND/SCOTT | 1967 | 1996 |
| RUN ON | PRESLEY | 1967 | 1996 |
| SING YOU CHILDREN | NELSON/BURCH | 1967 | 1996 |
| SINGING TREE | SOLBERG/OWENS | 1967 | 1996 |
| SO HIGH | PRESLEY | 1967 | 1996 |
| STAND BY ME | PRESLEY | 1967 | 1996 |
| THE LOVE MACHINE | NELSON/BURCH/TAYLOR | 1967 | 1996 |
| YOGA IS AS YOGA DOES | NELSON/BURCH | 1967 | 1996 |
| YOU GOTTA STOP | BAUM/GIANT/KAYE | 1967 | 1996 |
| GOING HOME | BYERS | 1968 | 1997 |
| LET YOURSELF GO | BYERS | 1968 | 1997 |
| LIVE IT UP | LEIBER/STOLLER | 1968 | 1997 |
| LOVE IS ALL I NEED | ROBERTS/BATCHELOR | 1968 | 1997 |
| THERE AIN'T NOTHING LIKE A SONG | BYERS/JOHNSTON | 1968 | 1997 |
| WEARIN' THAT LOVED ON LOOK | OWENS/FRAZIER | 1968 | 1997 |
| YOUR TIME HASN'T COME YET BABY | KASHA/HIRSCHHORN | 1968 | 1997 |
| CLEAN UP YOUR OWN BACK YARD | STRANGE/DAVIS | 1969 | 1998 |
| DO THE VEGA | BAUM/GIANT/KAYE | 1969 | 1998 |
| EDGE OF REALITY | BAUM/GIANT/KAYE | 1969 | 1998 |
| ELECTRONIC KARATE | BINDER/HOWE | 1969 | 1998 |
| POWER OF MY LOVE | BAUM/GIANT/KAYE | 1969 | 1998 |
| RUBBERNECKIN' | WARREN/JONES | 1969 | 1998 |
| SHE'S A MACHINE | BYERS | 1969 | 1998 |
| THE FAIR'S MOVING ON | FLETT/FLETCHER | 1969 | 1998 |
| THE SCRATCH | BINDER/HOWE | 1969 | 1998 |
| INHERIT THE WIND | RABBITT | 1969 | 1998 |
| KENTUCKY RAIN | RABBITT/HEARD | 1970 | 1999 |
| LET'S FORGET ABOUT THE STARS | OWENS | 1970 | 1999 |
| PATCH IT UP | BOURKE/RABBITT | 1970 | 1999 |
| WE CAN MAKE THE MORNING | RAMSEY | 1970 | 1999 |
| WHERE DID THEY GO LORD | OWENS/FRAZIER | 1970 | 1999 |
| HOLLY LEAVES AND CHRISTMAS TREES | WEST/SPREEN | 1971 | 2000 |
| IF I WERE YOU | NELSON | 1971 | 2000 |
| I'LL BE HOME ON CHRISTMAS DAY | JARRETT | 1971 | 2000 |
| I'M LEAVING | JARRETT/CHARLES | 1971 | 2000 |
| IT'S YOUR BABY YOU ROCK IT | MILETE/POWLER | 1971 | 2000 |
| LIFE | MILETE | 1971 | 2000 |
| STRANGER IN THE CROWD | SCOTT | 1971 | 2000 |
| TAKE YOUR HANDS OFF HER | PRESLEY | 1971 | 2000 |

ian J. Aberbach and The Promenade Trust                    Exhibit 3
Re: Carlin Music
Gladys Music and Elvis Presley Music Works by Copyright Year

| TITLE | WRITERS | year registered | renewal date 1st January | |
|---|---|---|---|---|
| | | | | |
| ELVIS PRESLEY MUSIC WORKS continued | | | | |
| | | | | |
| THE FIRST NOEL | PRESLEY. | 1971 | 2000 | |
| THE SOUND OF YOUR CRY | BAUM/GIANT/KAYE | 1971 | 2000 | |
| WHEN I'M OVER YOU | MILETE | 1971 | 2000 | |
| O COME ALL YE FAITHFUL | PRESLEY | 1971 | 2000 | |
| AMAZING GRACE | PRESLEY | 1972 | 2001 | |
| I WAS BORN ABOUT TEN THOUSAND YEARS | PRESLEY | 1972 | 2001 | |
| IT WON'T SEEM LIKE CHRISTMAS (WITHO | BALTHROP . | 1972 | 2001 | |
| SEEING IS BELIEVING | SPREEN/WEST | 1972 | 2001 | |
| WHO ME? | CAMERON/WEGBREIT/WILSON | 1974 | 2003 | |
| I'LL TAKE YOU HOME AGAIN KATHLEEN | WESTENDORF/PRESLEY  . | 1975 | 2004 | |
| IT'S STILL HERE | HUNTER | 1975 | 2004 | |
| (Client advised that the copyright date for "It's Still Here" was 1973 and renewal date was therefore 2002) | | | | |
| (However, Carlin applied correct rate of 75% as from 1st half 2002 – note this copyright is split 50/50 with Gladys Music) | | | | |
| | | | | |
| | | | | |
| THIS ENTIRE LIST WAS PROVIDED BY CARLIN | | | | |

Exhibit 4

**Julian J. Aberbach and The Promenade Trust**
**Re: Carlin Music Corporation**
**Summary of Royalties Accounted - July 1, 1999 to June 30, 2005**

| | | | Royalties Accounted | | | | |
|---|---|---|---|---|---|---|---|
| period | a/c 407 Elvis Presley Music (Carlin) £ | a/c 3812 Elvis Presley Music (Shadows) £ | a/c 462 Gladys Music (Carlin) £ | a/c 463 Gladys Music (Manor) £ | Total £ | date paid | tax withheld % |
| 2nd half 1999 | 73,352.38 | 9.33 | 67,424.39 | | 140,786.10 | Feb 29, 2000 | 0 |
| 1st half 2000 | 88,007.67 | 4.14 | 101,634.78 | | 189,646.59 | Aug 30, 2000 | 0 |
| 2nd half 2000 | 63,809.19 | 12.00 | 53,681.47 | | 117,502.66 | Feb 28, 2001 | 0 |
| 1st half 2001 | 121,479.20 | 12.70 | 125,968.07 | | 247,459.97 | Aug 30, 2001 | 0 |
| 2nd half 2001 | 99,183.53 | 24.87 | 53,764.79 | 22,293.24 | 175,266.43 | Feb 28, 2002 | 0 |
| 1st half 2002 | 67,343.96 | 11.95 | 39,874.97 | 16,355.27 | 123,586.15 | Aug 27, 2002 | 22 |
| 2nd half 2002 | 98,132.61 | 38.58 | 180,069.40 | 25,025.64 | 303,266.23 | Feb 21, 2003 | 22 |
| 1st half 2003 | 102,076.72 | 9.72 | 119,498.24 | 19,374.31 | 240,958.99 | Aug 22, 2003 | 22 |
| 2nd half 2003 | 141,940.93 | 11.32 | 135,245.27 | 37,896.70 | 315,094.22 | Feb 24, 2004 | 22 |
| 1st half 2004 | 123,132.07 | 6.05 | 71,663.24 | 13,845.74 | 208,647.10 | Aug 24, 2004 | 22 |
| 2nd half 2004 | 78,057.24 | 7.56 | 76,550.87 | 16,731.88 | 171,353.55 | Feb 25, 2005 | 22 |
| 1st half 2005 | 119,387.45 | 17.47 | 94,637.82 | 16,893.21 | 230,935.95 | Aug 24, 2005 | 22 |
| | | | | | | | |
| Grand Total | 1,175,902.95 | 165.69 | 1,120,013.31 | 168,421.99 | 2,464,503.94 | | |

Note:
a/c 3812    covers income collected through Shadows Music on the composition "Let's Be Friends" (Arnold/Morrow/Martin)

a/c 463    covers income collected through Manor Music on the compositions "Can't Help Falling in Love" (Weiss/Peretti/Creatore)
and "Real Good Looking Boy" (Weiss/Peretti/Creatore/Townshend)

Exhibit 4

M E M O R A N D U M    #3

July 16, 1973

Mr. Elvis Presley
Memphis, Tennessee

Dear Elvis:

As you well know, Elvis, after many months of negotiations and planning, we were able to put together the two new music firms for you under the names of <u>ELVIS MUSIC, INC.</u> and <u>WHITE HAVEN MUSIC, INC.</u>

After many years of experience and learning in regard to the operation of music firms, Jean and Julian Aberbach, Freddy Bienstock, and many other people associated with them, managed to have a very healthy music business in Gladys and Presley Music. However, there is no way to estimate the revenue that did NOT go into these firms due to a lack of judgement on the part of many in securing songs for your firms. Many songs were secured, and a healthy profit derived from them <u>WHEN THEY WERE FULLY PROTECTED.</u>

I wish to point out to you again the important decisions that you will have to make, now that you and your Father are the principal stockholders in these two new firms. All decisions in regard to securing song copyrights and protecting and signing them legally and properly, should be made without taking into consideration personal friendships and obligations that you may feel toward people in the music business, friends, associates and others. The only consideration that should be given in selecting the proper songs are those which you can give the best performance.

Any songs, regardless from where they may come, must always be put into a music firm before they can be properly recorded, distributed and promoted. I can see no reason why any of your friends or close associates (especially those that are always heralding their loyalty and devotion to you) should bring any songs for your consideration if they cannot be put into your firms, either ELVIS MUSIC or WHITE HAVEN MUSIC -- especially if they are not the writers of the songs, but only the promoters.

You have been more than fair and generous with everyone
connected with your organization -- in some ways even too much so.
This can, of course, be adjusted by the recipients by being more
interested in proving their loyalty by supplying musical compositions
that they secure into your firms.  As you well know, in many instances
some people are only interested in placing one of their songs on the
back of one of the good songs so they get a free ride, whether the
song is worth it or not, and the same royalties.

It reminds me of the old promoter in Florida who made
the statement:  "I am as clean as a hound's tooth, but how much am
I getting out of it?"

You have selected and approved the management of your two firms
to be handled by a very able and knowledgeable personality in Freddy
Bienstock, assisted by Mr. Diskin, with my knowledge, ability and help
available to them at any time.  All your friends can take advantage
of this, as we will treat them all the same when you refer them to
your General Manager, Mr. Freddy Bienstock, with their music, for
the proper documentation of their songs into your firms -- all neat, legal
and honest.

I would like it to be known that you have two of the cleanest
firms doing business on top of the table at all times -- which I know
you want.

When anyone approaches you, you have a very easy and proper
way out -- "See Mr. Bienstock.  He handles my music firms.  I do the
singing and selecting.  You make your music deal with him for the songs.
I do not wish to discuss music business; only listen to the songs to
see if they are what I want to do."

Let's start 100% on a good, sound business basis, and we will
not have all these problems six months from now, with everybody fighting
for their part, and YOU GET NOTHING.

MEMORANDUM #3 (Continued)                              Page 3

As you know, yourself, Lisa Marie, and Vernon your Father, are the most important factors in the idea of setting up these two new firms. I personally will not be interested in any way, if we become involved in a free-for-all.

Anyone wanting to do business with you can do so, but let them do it in the right and proper way.

Enough said.

Sincerely,

THE COLONEL

CTP/lm

P.S. As you know, all newly recorded material will go into the new RCA catalog contract, of which you are the beneficiary. This company has been, for the past sixteen years, honorable, loyal, and respectful of your decisions in many ways, bending over backwards to accommodate you when it came to recording sessions and fulfilling your desires to do it mostly your way. I know that you never want to abuse this confidence and privilege.

cc: George Parkhill, Vernon Presley, Freddy Bienstock, Tom Diskin



# Exhibit 5

Elvis Music, Inc.
White Haven Music, Inc.
Song Lists

**Elvis Music, Inc.**

All Shook Up
America The Beautiful
Fairs Moving ON
Growing Up In A Country Way
I Miss You
If You Talk In Your Sleep
Its Midnight
Love Song Of The Year
Mr. Songman
Pieces of My Life
Raised On Rock
Somewhere Along The Line
Spanish Eyes
T-R-O-U-B-L-E
There's A Honky Tonk Angel
Thinking About You
Way Out There

**White Haven Music, Inc.**

Also Sprach Zarathrustra
Elvis Complete
Elvis Riff
Girl Of Mine
Good, Bad, But Beautiful
I've Got A Thing About You Baby
Sweet Angeline
The Last Farewell
Three Corn Patches
Turn It Around In Your Mind
Your Love's Been A Long Time Coming

Exhibit 6

WORLD

AGREEMENT made as of the ......1st.........day of .......June....................19.73.

by and between:

(a)  WHITE HAVEN MUSIC, INC.

All of   1619 Broadway, New York, N.Y. 10019 ......................................................,

and herein jointly and individually referred to as the "First Party", and

(b)  CARLIN MUSIC CORP., of 17 Savile Row, London W.1, England

of ...........................................................................and herein referred to as the "Second Party",

### W I T N E S S E T H :

IN CONSIDERATION of the sum of One Dollar and other good and valuable considerations, each party hereto to the other in hand paid, receipt of which is hereby acknowledged, it is hereby agreed as follows:

WHEREAS, the Second Party desires to acquire from the First Party the rights hereinafter provided in respect of the following described musical compositions (herein called the "Compositions"), and for the respective terms hereinafter set forth, and for the territory of .. the world outside of the United States and Canada - -

...........................................................................................................................

(herein called the "Licensed Territory") :

(a)  All of the musical compositions presently owned, controlled and/or copyrighted by the First Party, or any of them;

(b)  All of the musical compositions hereafter acquired, owned, controlled and/or copyrighted by the First Party, or any of them, during the period of .................five (5)..................years commencing upon the date of this agreement; and

(c)  Included among the Compositions covered by this agreement shall be the musical compositions which may be acquired, owned, controlled and/or copyrighted by any other music companies, firms and corporations in which the First Party, or any of them, shall acquire an interest directly or indirectly during the period of .......five (5)................ years from the date of this agreement.

NOW THEREFORE, in consideration of the sum of One Dollar and other good and valuable considerations, each to the other in hand paid, receipt of which is hereby acknowledged, it is hereby agreed as follows:

1.  The First Party hereby assigns, transfers and conveys to the Second Party, for the Licensed Territory only, and for the full term of the copyrights and all renewals and extensions thereof in the Licensed Territory, the copyrights and all renewals and extensions thereof for all countries of the Licensed Territory, together with all rights now and hereafter existing under the copyrights so assigned to the Second Party, and all claims and demands relating thereto, including but not limited to the titles, words and music thereof, the right to print, publish and vend the Compositions and all performing rights, synchronization rights and mechanical rights of the Compositions in the Licensed Territory, except only as limited in this agreement.

2.  The foregoing assignment is made subject to the following terms and conditions:

(a)  The First Party reserves all rights in and to all copyrights of the Compositions and all rights of any and every nature thereunder existing, for all countries of the world outside of the Licensed Territory.

(b)  The First Party reserves the exclusive right to license worldwide uses of the titles of the Compositions as titles for motion pictures.

(c)  The grant of performing rights is subject to the rights of ........ASCAP..................................... The Second Party shall cause the performing and broadcasting rights of the Compositions to be registered with the performing rights societies in the Licensed Territory so as to provide that the entire publisher's share of performing fees and broadcasting fees shall be credited and paid to the Second Party. The Second Party shall account to the First Party with respect thereto in accordance with Paragraph "3 (b) (iii)".

(d)  The Second Party shall have the right to issue non-exclusive worldwide licenses for the synchronization of the Compositions with sound motion pictures, if such sound motion pictures are produced and originate in the Licensed Territory. The First Party reserves unto itself the exclusive right to grant licenses for the entire world for the synchronization of the Compositions with sound motion pictures, if such sound motion pictures are produced and originate outside of the Licensed Territory, and the Second Party shall not be entitled to share in any worldwide fees received by the First Party in respect of such worldwide licenses.

3.  The Second Party agrees to pay to ...... White Haven Music, Inc. ..........................on behalf of the First Party the following royalties in respect of the Compositions:

(a)  An amount equal to ten (10%) percent of the marked retail selling price of each and every copy of whatsoever kind and nature of the Compositions, sold and paid for under the authority of this agreement.

(b). An amount equal to fifty (50%) percent of all moneys received by the Second Party for (i) the mechanical licenses issued by it in respect of the Compositions, (ii) synchhronization licenses issued by it in respect of sound motion pictures produced and originated in the Licensed Territory, and (iii) performing fees and broadcasting fees received by it in respect of public performances for profit of the Compositions in the Licensed Territory.

4. The Second Party may reprint the Compositions in any folio, and in such event, the Second Party shall pay to the First Party a royalty of that proportion of ten (10%) percent of the net wholesale selling price of each copy of such folios sold and paid for as the Compositions shall bear to all of the musical compositions contained in such folios.

5. The Second Party shall have the right to arrange and adapt the Compositions, and to translate the lyrics of the Compositions into languages of the Licensed Territory, or have new titles and lyrics written therefor, and said arrangements, adaptations, translations and new titles and lyrics shall be the property of the Second Party, subject to the terms and provisions of this agreement.

6. The Second Party shall keep true and correct books of account, which shall at all times be open to inspection during regular business hours by the First Party. The Second Party shall prepare and forward to the First Party a detailed and itemized statement semi-annually in each year, in or about 45 days after the end of each calendar half-year, for said calendar half-year, and each statement shall be accompanied by a remittance in the currencies of the Licensed Territory for all amounts to be due thereunder less taxes, if any. Said accounting and payment, in the absence of written objection thereto by the First Party within ninety (90) days from receipt thereof, shall constitute an account stated as to all royalties due for the period encompassed by such statement and/or payment.

7. The Second Party agrees that on each copy of the Compositions published by the Second Party, there shall be printed the notice of copyright prescribed by the First Party, together with a notation of the assignment of the copyrights for the Licensed Territory.

8. The Second Party agrees to deliver to the First Party, without any charge, a copy of all editions of the Compositions printed by it pursuant to the authority of this agreement.

9. The Second Party may assign any of its rights hereunder to any other publishers for any countries of the Licensed Territory, provided that the Second Party shall remain primarily liable for the payment of royalties hereunder.

10. With respect to the Licensed Territory, the First Party warrants that the Compositions are and shall be new and original, that they do not and shall not infringe any other copyrighted work, and that the First Party has the full right and power to enter into this agreement and grant the rights herein granted by it. The First Party shall hold the Second Party, its successors, assigns, licensees and nominees free and harmless from any and all claim, costs and damages arising from any breach of the aforementioned warranties.

11. The First Party hereby appoints the Second Party and its assigns, its agent and attorney-in-fact, to institute in the name of the First Party, as copyright owner of the Compositions, any suit, action or proceeding in the Licensed Territory, which the Second Party or its assigns shall in its sole discretion deem necessary for the protection of rights herein assigned to it, and the Second Party hereby assigns and agrees to indemnify and hold harmless the First Party of and from any and all obligation to pay any costs, expenses or disbursements with respect to any such suit, action or proceeding. This paragraph shall in no way relieve the First Party from any responsibility to the Second Party with respect to any breaches by the first Party of any of the terms of this agreement.

12. ALL ROYALTIES PAYABLE UNDER THIS AGREEMENT SHALL BE BASED UPON INCOME RECEIVED AT THE SOURCES.

13. This agreement shall be binding upon and shall inure to the benefits of the parties hereto and their respective successors and assigns.

14. This agreement shall be construed in accordance with the laws in the State of New York.

IN WITNESS WHEREOF, the parties have caused this agreement to be signed by their duly authorized officers the day and year first above set forth.

WHITE HAVEN MUSIC, INC.

By

CARLIN MUSIC CORP.

By

# Exhibit 7

WORLD

AGREEMENT made as of the ............. 1st ............ day of .......... June .......... , 19 ... 73

by and between:

   (a)  ELVIS  MUSIC,  INC.

All of ......... 1619 Broadway, New York, N.Y. 10019 .........

and herein jointly and individually referred to as the "First Party", and

   (b)  CARLIN MUSIC CORP., of 17 Savile Row, London W.1, England .........

of ....................................................................... and herein referred to as the "Second Party",

*WITNESSETH:*

IN CONSIDERATION of the sum of One Dollar and other good and valuable considerations, each party hereto to the other in hand paid, receipt of which is hereby acknowledged, it is hereby agreed as follows:

WHEREAS, the Second Party desires to acquire from the First Party the rights hereinafter provided in respect of the following described musical compositions (herein called the "Compositions"), and for the respective terms hereinafter set forth, and for the territory of .... the world, outside of the United States and Canada ...

.........................................................................................................

(herein called the "Licensed Territory"):

   (a)  All of the musical compositions presently owned, controlled and/or copyrighted by the First Party, or any of them;

   (b)  All of the musical compositions hereafter acquired, owned, controlled and/or copyrighted by the First Party, or any of them, during the period of ........... five (5) ........... years commencing upon the date of this agreement; and

   (c)  Included among the Compositions covered by this agreement shall be the musical compositions which may be acquired, owned, controlled and/or copyrighted by any other music companies, firms and corporations in which the First Party, or any of them, shall acquire an interest directly or indirectly during the period of ........... five (5) ........... years from the date of this agreement.

NOW THEREFORE, in consideration of the sum of One Dollar and other good and valuable considerations, each to the other in hand paid, receipt of which is hereby acknowledged, it is hereby agreed as follows:

1. The First Party hereby assigns, transfers and conveys to the Second Party, for the Licensed Territory only, and for the full terms of the copyrights and all renewals and extensions thereof in the Licensed Territory, the copyrights and all renewals and extensions thereof for all countries of the Licensed Territory, together with all rights now and hereafter existing under the copyrights so assigned to the Second Party, and all claims and demands relating thereto, including but not limited to the titles, words and music thereof, the right to print, publish and vend the Compositions and all performing rights, synchronization rights and mechanical rights of the Compositions in the Licensed Territory, except only as limited in this agreement.

2. The foregoing assignment is made subject to the following terms and conditions:

   (a)  The First Party reserves all rights in and to all copyrights of the Compositions and all rights of any and every nature thereunder existing, for all countries of the world outside of the Licensed Territory.

   (b)  The First Party reserves the exclusive right to license worldwide uses of the titles of the Compositions as titles for motion pictures.

   (c)  The grant of performing rights is subject to the rights of ............ BMI ............
The Second Party shall cause the performing and broadcasting rights of the Compositions to be registered with the performing rights societies in the Licensed Territory so as to provide that the entire publisher's share of performing fees and broadcasting fees shall be credited and paid to the Second Party. The Second Party shall account to the First Party with respect thereto in accordance with Paragraph "3 (b) (iii)".

   (d)  The Second Party shall have the right to issue non-exclusive worldwide licenses for the synchronization of the Compositions with sound motion pictures, if such sound motion pictures are produced and originate in the Licensed Territory. The First Party reserves unto itself the exclusive right to grant licenses for the entire world for the synchronization of the Compositions with sound motion pictures, if such sound motion pictures are produced and originate outside of the Licensed Territory, and the Second Party shall not be entitled to share in any worldwide fees received by the First Party in respect of such worldwide licenses.

3. The Second Party agrees to pay to ......... Elvis Music, Inc. ......................... on behalf of the First Party the following royalties in respect of the Compositions:

   (a)  An amount equal to ten (10%) percent of the marked retail selling price of each and every copy of whatsoever kind and nature of the Compositions, sold and paid for under the authority of this agreement.

(b) In amount equal to fifty (50%) percent of all moneys received by the Second Party for (i) the mechanical licenses issued by it in respect of the Compositions, (ii) synchronization licenses issued by it in respect of sound motion pictures produced and originated in the Licensed Territory, and (iii) performing fees and broadcasting fees received by it in respect of public performances for profit of the Compositions in the Licensed Territory.

4. The Second Party may reprint the Compositions in any folio, and in such event, the Second Party shall pay to the First Party a royalty of that proportion of ten (10%) percent of the net wholesale selling price of each copy of such folios sold and paid for as the Compositions shall bear to all of the musical compositions contained in such folios.

5. The Second Party shall have the right to arrange and adapt the Compositions, and to translate the lyrics of the Compositions into languages of the Licensed Territory, or have new titles and lyrics written therefor, and said arrangements, adaptations, translations and new titles and lyrics shall be the property of the Second Party, subject to the terms and provisions of this agreement.

6. The Second Party shall keep true and correct books of account which shall at all times be open to inspection during regular business hours by the First Party. The Second Party shall prepare and forward to the First Party a detailed and itemized statement semi-annually in each year, in or about 45 days after the end of each calendar half-year, for said calendar half-year, and each statement shall be accompanied by a remittance in the currencies of the Licensed Territory for all amounts to be due thereunder less taxes, if any. Said accounting and payment, in the absence of written objection thereto by the First Party within ninety (90) days from receipt thereof, shall constitute an account stated as to all royalties due for the period encompassed by such statement and/or payment.

7. The Second Party agrees that on each copy of the Compositions published by the Second Party, there shall be printed the notice of copyright prescribed by the First Party, together with a notation of the assignment of the copyrights for the Licensed Territory.

8. The Second Party agrees to deliver to the First Party, without any charge, a copy of all editions of the Compositions printed by it pursuant to the authority of this agreement.

9. The Second Party may assign any of its rights hereunder to any other publishers for any countries of the Licensed Territory, provided that the Second Party shall remain primarily liable for the payment of royalties hereunder.

10. With respect to the Licensed Territory, the First Party warrants that the Compositions are and shall be new and original, that they do not and shall not infringe any other copyrighted work; and that the First Party has the full right and power to enter into this agreement and grant the rights herein granted by it. The First Party shall hold the Second Party, its successors, assigns, licensees and nominees free and harmless from any and all claim, costs and damages arising from any breach of the aforementioned warranties.

11. The First Party hereby appoints the Second Party and its assigns, its agent and attorney-in-fact, to institute in the name of the First Party, as copyright owner of the Compositions, any suit, action or proceeding in the Licensed Territory, which the Second Party or its assigns shall in its sole discretion deem necessary for the protection of rights herein assigned to it, and the Second Party hereby assigns and agrees to indemnify and hold harmless the First Party of and from any and all obligation to pay any costs, expenses or disbursements with respect to any such suit, action or proceeding. This paragraph shall in no way relieve the First Party from any responsibility to the Second Party with respect to any breaches by the first Party of any of the terms of this agreement.

12. ALL ROYALTIES PAYABLE UNDER THIS AGREEMENT SHALL BE BASED UPON INCOME RECEIVED AT THE SOURCES.

13. This agreement shall be binding upon and shall inure to the benefits of the parties hereto and their respective successors and assigns.

14. This agreement shall be construed in accordance with the laws in the State of New York.

IN WITNESS WHEREOF, the parties have caused this agreement to be signed by their duly authorized officers the day and year first above set forth.

ELVIS MUSIC, INC.

By _____

CARLIN MUSIC CORP.

By _____

# Exhibit 8

July 1, 1973

The Hudson Bay Music Company
1619 Broadway
New York, New York 10019

Gentlemen:

It is hereby agreed between us as follows:

1. At the request of the undersigned, ELVIS MUSIC, INC., you have arranged for the incorporation of said ELVIS MUSIC, INC. as a New York music publishing corporation, (herein referred to as the "Corporation").

2. All of the costs and expenses in connection with the incorporation and organization of the Corporation, and all of the costs and expenses in connection with the operation of the business of the Corporation, shall be assumed and paid by the Corporation, except as provided in paragraph "3" of this agreement.

3. During the period of five (5) years from the date of this agreement, the business and affairs of the Corporation shall be operated by THE HUDSON BAY MUSIC COMPANY, which shall furnish to the Corporation during said five (5) year period, without charge except as hereinafter provided, all necessary office and stockroom facilities and personnel at its offices in New York, New York, take care of the registration and licensing of the musical compositions and other musical works of the Corporation, and take care of the licensing of the printing of the musical compositions and other musical works of the Corporation.

In the cases of all of the musical compositions and other musical works of the Corporation which, during the period of five (5) years from the date of this agreement, are acquired, owned, controlled and/or copyrighted by the Corporation, and in the cases of all of the musical compositions and other musical works in which the Corporation shall acquire any beneficial rights and/or interests and/or copyrights, during the period of five (5) years from the date of this agreement (and all of the aforementioned musical compositions and other musical works and all of the aforementioned beneficial rights and/or interests and/or copyrights are hereinafter referred to as the "Musical Compositions and Works and Interests"), THE HUDSON BAY MUSIC COMPANY shall be entitled to receive from the Corporation on a calendar quarter basis, amounts equal to Ten (10%) percent of the gross income of the Corporation from all sources throughout the world, and all such amounts shall be paid by or for the Corporation to THE HUDSON BAY MUSIC COMPANY during the respective full terms of all worldwide copyrights and beneficial interests in and to all of the aforementioned "Musical Compositions and Works and Interests" and during the full terms of all renewals and extensions of any of said worldwide "Musical Compositions and Works and Interests".

In order to effectuate the aforementioned payments to THE HUDSON BAY MUSIC COMPANY, the undersigned, ELVIS MUSIC, INC. hereby agrees as follows:

(a) The performing rights and broadcasting rights of any and all of said "Musical Compositions and Works and Interests" acquired by the Corporation during the period of five (5) years from the date of this agreement, for the United States and Canada, shall be registered with BROADCAST MUSIC, INC. (BMI), and said BMI is hereby irrevocably authorized and instructed, during the aforementioned term of the rights of THE HUDSON BAY MUSIC COMPANY, to divide and pay all fees and credits payable by BMI in respect of all of said "Musical Compositions and Works and Interests" including fees and credits received by BMI from foreign performing rights societies, during the full terms of the copyrights and rights of all of said "Musical Compositions and Works and Interests" and during the full terms of all renewals and extensions of any of said "Musical Compositions and Works and Interests", on the basis of Ninety (90%) percent thereof directly to and in the name of ELVIS MUSIC, INC., and the other Ten (10%) percent thereof directly to and in the name of THE HUDSON BAY MUSIC COMPANY, or their respective successors, assigns or nominees.

(b) The mechanical rights and synchronization rights of any and all of said "Musical Compositions and Works and Interests" acquired by the Corporation during



Elvis Music, Inc. — The Hudson Bay Music Company

-2-

the period of five (5) years from the date of this agreement, for the United
States and Canada, shall be licensed for the Corporation by THE HARRY FOX
AGENCY, INC. or its successors, and said THE HARRY FOX AGENCY, INC. is hereby
irrevocably authorized and instructed, during the aforementioned term of the
rights of THE HUDSON BAY MUSIC COMPANY, to divide and pay all net mechanical
and synchronization royalties and fees, which shall be payable by it, after the
deduction of the commissions of THE HARRY FOX AGENCY, INC., during the full terms
of the copyrights and rights of all of the said "Musical Compositions and Works
and Interests" and during the full terms of all renewals and extensions of any
of said "Musical Compositions and Works and Interests", on the basis of Ninety
(90%) percent thereof directly to and in the name of ELVIS MUSIC, INC. out of
which it shall assume and pay all royalties thereon payable to writers and
composers, and the other Ten (10%) percent thereof directly to and in the name
of THE HUDSON BAY MUSIC COMPANY, or their respective successors, assigns or
nominees.

Very truly yours,

ELVIS MUSIC, INC.

By _Elvis Presley_

AGREED TO:

THE HUDSON BAY MUSIC COMPANY

By _Freddy Bienstock_

# Exhibit 9

July 1, 1973

Yellow Dog Music, Inc.
1619 Broadway
New York, New York 10019

Gentlemen:

It is hereby agreed between us as follows:

1. At the request of the undersigned, WHITE HAVEN MUSIC, INC., you have arranged for the incorporation of said WHITE HAVEN MUSIC, INC. as a New York music publishing corporation (herein referred to as the "Corporation").

2. All of the costs and expenses in connection with the incorporation and organization of the Corporation, and all of the costs and expenses in connection with the operation of the business of the Corporation, shall be assumed and paid by the Corporation, except as provided in paragraph "3" of this agreement.

3. During the period of five (5) years from the date of this agreement, the business and affairs of the Corporation shall be operated by YELLOW DOG MUSIC, INC., which shall furnish to the Corporation during said five (5) year period, without charge except as hereinafter provided, all necessary office and stockroom facilities and personnel at its offices in New York, New York, take care of the registration and licensing of the musical compositions and other musical works of the Corporation, and take care of the licensing of the printing of the musical compositions and other musical works of the Corporation.

In the cases of all of the musical compositions and other musical works of the Corporation which, during the period of five (5) years from the date of this agreement, are acquired, owned, controlled and/or copyrighted by the Corporation, and in the cases of all of the musical compositions and other musical works in which the Corporation shall acquire any beneficial rights and/or interests and/or copyrights, during the period of five (5) years from the date of this agreement (and all of the aforementioned musical compositions and other musical works and all of the aforementioned beneficial rights and/or interests and/or copyrights are hereinafter referred to as the "Musical Compositions and Works and Interests"), YELLOW DOG MUSIC, INC. shall be entitled to receive from the Corporation on a calendar quarter basis, amounts equal to Ten (10%) percent of the gross income of the Corporation from all sources throughout the world, and all such amounts shall be paid by or for the Corporation to YELLOW DOG MUSIC, INC. during the respective full terms of all worldwide copyrights and beneficial interests in and to all of the aforementioned "Musical Compositions and Works and Interests" and during the full terms of all renewals and extensions of any of said worldwide "Musical Compositions and Works and Interests".

In order to effectuate the aforementioned payments to YELLOW DOG MUSIC, INC., the undersigned, WHITE HAVEN MUSIC, INC. hereby agrees as follows:

(a) The performing rights and broadcasting rights of any and all said "Musical Compositions and Works and Interests" acquired by the Corporation during the period of five (5) years from the date of this agreement, for the United States and Canada, shall be registered with AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS (ASCAP), and said ASCAP is hereby irrevocably authorized and instructed, during the aforementioned term of the rights of YELLOW DOG MUSIC, INC., to divide and pay all fees and credits payable by ASCAP in respect of all of said "Musical Compositions and Works and Interests" including fees and credits received by ASCAP from foreign performing rights societies, during the full terms of the copyrights and rights of all of said "Musical Compositions and Works and Interests" and during the full terms of all renewals and extensions of any of said "Musical Compositions and Works and Interests", on the basis of Ninety (90%) percent thereof directly to and in the name of WHITE HAVEN MUSIC, INC., and the other Ten (10%) percent thereof directly to and in the name of YELLOW DOG MUSIC, INC. or their respective successors, assigns or nominees.

(b) The mechanical rights and synchronization rights of any and all of said "Musical Compositions and Works and Interests" acquired by the Corporation during

White Haven Music, Inc. - Yellow Dog Music, Inc.

-2-

the period of five (5) years from the date of this agreement, for the United
States and Canada, shall be licensed for the Corporation by THE HARRY FOX AGENCY,
INC. or its successors, and said THE HARRY FOX AGENCY, INC. is hereby irrevocably
authorized and instructed, during the aforementioned term of the rights of YELLOW
DOG MUSIC, INC., to divide and pay all net mechanical and synchronization royalties
and fees, which shall be payable by it, after the deduction of the commissions of
THE HARRY FOX AGENCY, INC., during the full terms of the copyrights and rights of
all of the said "Musical Compositions and Works and Interests" and during the full
terms of all renewals and extensions of any of said "Musical Compositions and
Works and Interests", on the basis of Ninety (90%) percent thereof directly to
and in the name of WHITE HAVEN MUSIC, INC. out of which it shall assume and pay
all royalties thereon payable to writers and composers, and the other Ten (10%)
percent thereof directly to and in the name of YELLOW DOG MUSIC, INC. or their
respective successors, assigns or nominees.

                              Very truly yours,

                              WHITE HAVEN MUSIC, INC.

                              By _[signature]_____

AGREED TO:

YELLOW DOG MUSIC, INC.

By _[signature]_____

# Exhibit 10

## Adina Schecter

**From:**   Phillip Gunnels [PGUNNELS@carlinamerica.com]
**Sent:**   Monday, October 17, 2005 3:27 PM
**To:**   Schecter, Adina
**Cc:**   Bienstock, Caroline; Sukin', 'Michael
**Subject:**  Re: FW: White Haven/Elvis

Dear Adina,

I remain somewhat confused. Carlin doesn't actually render any statements to White Haven or Elvis. We receive income from myriad sources payable to Elvis or White Haven which we deposit directly to their respective accounts. We process this income and render statements to the writers. If I give you statements prepared for the writers you can see the sources by song and territory as well as the percentages paid to writers. In addition to this I could give you copies of the income statements for each company and you will see the actual total amounts received, royalty expense, and percentage retained by Carlin as admin fee - but no song detail or precise territory detail.

Please let me know if this will suffice.

Thanks and best regards,

Phillip Gunnels
CFO, Carlin America, Inc.

>>> "Adina Schecter" <aschecter@sukinlaw.com> 10/17/05 2:48 PM >>>
Dear Phillip,

Michael has asked that I respond to your e-mail below.

With regard to the request in item #9, we are looking for copies of statements rendered from Carlin to each of White Haven Music and Elvis Music.

We are assuming that these statements will show details of income received from domestic and Canadian sources, including gross income for each composition (broken down by the different uses and types of income), fees taken, and amounts paid to writers and third party publishers.

Should you require any further information, please do not hesitate to contact me.

Thank you.

Yours sincerely,

Adina

50007-018



*Sukin*
*Law*
*Group*

10/17/2005

# Exhibit 11

**RELEVANT COMPOSITIONS AUTHORED**
**BY ELVIS PRESLEY IN 1957 OR EARLIER**

DON'T BE CRUEL (TO A HEART THAT'S

LOVE ME TENDER

PARALYZED

POOR BOY

WE'RE GONNA MOVE

LET ME

ALL SHOOK UP

THE SPACE JUNGLE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ELVIS PRESLEY ENTERPRISES, LLC,
ELVIS MUSIC INC. and WHITE HAVEN
MUSIC, INC.

                  Plaintiffs,

-against-

CARLIN MUSIC CORPORATION,

                  Defendant.

**06 CV 13740**

Civil Action No.

---

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to

enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for plaintiff **Elvis Music, Inc.** (a private non-governmental

party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said

party, which are publicly held: **CKX, INC.** . CKX, Inc. is publicly traded on the NASDAQ

Stock Exchange under the symbol "CKXE."

Respectfully Submitted,

TROUTMAN SANDERS LLP

By: _____

    David J. Sheehan (DS 4818)
    Oren J. Warshavsky  (OW 9469)

**Dated:**   December 4, 2006
          New York, New York

The Chrysler Building
405 Lexington Avenue
New York, New York  10174
Telephone: (212) 704.6213
Facsimile: (212) 704-8356
e-mail: Oren.Warshavsky@troutmansanders.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



ELVIS PRESLEY ENTERPRISES, LLC,
ELVIS MUSIC INC. and WHITE HAVEN
MUSIC, INC.

                              Plaintiffs,

        -against-

CARLIN MUSIC CORPORATION,

                              Defendant.

Civil Action No. **06 CV 13740**

---

### RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to

enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for plaintiff  **Elvis Presley Enterprises, LLC**  (a private non-

governmental party) certifies that the following are corporate parents, affiliates and/or

subsidiaries of said party, which are publicly held:  **CKX, INC.** .  CKX, Inc. is publicly

traded on the NASDAQ Stock Exchange under the symbol "CKXE."

                              Respectfully Submitted,

                              TROUTMAN SANDERS LLP

                              By: _____
                                    David J. Sheehan (DS 4818)
                                    Oren J. Warshavsky  (OW 9469)
                              The Chrysler Building
                              405 Lexington Avenue
                              New York, New York  10174
                              Telephone: (212) 704.6213
                              Facsimile: (212) 704-8356
                              e-mail: Oren.Warshavsky@troutmansanders.com

**Dated:**     December 4, 2006
              New York, New York

                              *Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**



ELVIS PRESLEY ENTERPRISES, LLC,
ELVIS MUSIC INC. and WHITE HAVEN
MUSIC, INC.

                        Plaintiffs,

        -against-

CARLIN MUSIC CORPORATION,

                        Defendant.

**06 CV 13740**

Civil Action No.

---

### RULE 7.1 STATEMENT

---

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to

enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for plaintiff  **White Haven Music, Inc.**   (a private non-

governmental party) certifies that the following are corporate parents, affiliates and/or

subsidiaries of said party, which are publicly held:   **CKX, INC.** .  CKX, Inc. is publicly

traded on the NASDAQ Stock Exchange under the symbol "CKXE."

                        Respectfully Submitted,

                        TROUTMAN SANDERS LLP

                        By: _____
                              David J. Sheehan (DS 4818)
                              Oren J. Warshavsky  (OW 9469)
**Dated:**   December 4, 2006          The Chrysler Building
             New York, New York        405 Lexington Avenue
                                       New York, New York  10174
                                       Telephone: (212) 704.6213
                                       Facsimile: (212) 704-8356
                                       e-mail: Oren.Warshavsky@troutmansanders.com

                        *Attorneys for Plaintiffs*

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

      Laura Conway Fried, being duly sworn, deposes and says:

      I am not a party to the action, am over 18 years of age and reside in Westchester County, New York.  On January 16,  2007, I served the attached Amended Complaint with Exhibits by depositing a true copy of the papers thereof, enclosed in a wrapper addressed to the attorney(s) at the address set forth below, into the custody of Federal Express for overnight delivery, prior to the latest time designated by that service for overnight delivery:

           Gibson, Dunn & Crutcher LLP
           Orin Synder
           200 Park Avenue, 48th Floor
           New York, New York  10166-0193

                                         Laura Conway Fried

Sworn to before me this
16th day of January 2007

    Notary Public

ISIDORE ZIMERMAN
Notary Public, State of New York
No. 4505754
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires July 31, 20_09